UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR PITZER, On Behalf Of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IBIS TECHNOLOGY CORP., and MARTIN J. REID<br><br>Defendants. | CIVIL ACTION NO.<br>04-10446 (RCL) |

## JOINT MOTION AND [PROPOSED] ORDER
## TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Plaintiff and defendants, Ibis Technology Corp. and Martin J. Reid (collectively the "Defendants"), by and through their counsel, agree to extend the time within which the Defendants must answer, move or otherwise respond to the complaint in this action. The parties respectfully request that the following briefing schedule be ordered in this case:

- An amended complaint (or a consolidated amended complaint, to the extent that the Court consolidates the above-captioned action with the other actions related to Ibis Technology Corp. currently pending before this Court) shall be due forty (40) days after the Court's selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (the "Reform Act").

- Defendants shall have forty (40) days following the filing of any such amended complaint or consolidated amended complaint to answer, move or otherwise respond to the complaint.

- If the Defendants move to dismiss any such amended complaint or consolidated amended complaint, plaintiff shall have forty (40) days from the receipt of Defendants' motion to file his opposition thereto.

- No reply brief may be filed or served without leave of court. If the Court grants leave to file a reply brief, Defendants shall have forty (40) days following receipt of the plaintiff's opposition to file a reply brief in support of their motion to dismiss

Dated: March 10, 2004

| | |
|---|---|
| ELEANOR PITZER,<br>On Behalf of Herself and All<br>Others Similarly Situated | IBIS TECHNOLOGY CORP. and<br>MARTIN J. REID |
| By her attorneys, | By their attorneys, |
| *Ted Hess-Mahan*<br>Theodore Hess-Mahan (BBO#557109)<br>SHAPIRO HABER & URMY LLP<br>75 State Street<br>Boston MA 02109<br>(617) 439-3939<br><br>Mel E. Lifshitz, Esq.<br>BERNSTEIN LIEBHARD & LIFSHITZ, LLP<br>10 East 40th Street<br>New York, NY 10016<br>(212) 779-1414 | *Laura M. Stock*<br>Brian E. Pastuszenski (BBO# 391030)<br>Christine S. Chung (BBO #631724)<br>Laura M. Stock (BBO #652276)<br>TESTA, HURWITZ & THIBEAULT, LLP<br>125 High Street<br>High Street Tower<br>Boston, MA 02110<br>(617) 248-7000 |

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 3/10/04
*Laura M. Stock*

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____

3033965_1

# TESTA, HURWITZ & THIBEAULT, LLP

ATTORNEYS AT LAW

OFFICE (617) 248-7000

125 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2704

FAX (617) 248-7100

Direct Dial (617) 310-8651
Direct Fax (617) 790-0588

E-Mail stock@tht.com

March 10, 2004

**By Hand**

United States District Court
For The District Of Massachusetts
John Joseph Moakley, U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

RE: <u>Eleanor Pitzer v. Ibis Technology Corp. and Martin J. Reid</u>;
Civil Action No. 04-10446(RCL)

Dear Sir/Madam:

Enclosed for filing in the above referenced action, please find:

(1) A Joint Motion and [Proposed] Order to Extend Time to Respond to the Complaint; and

(2) Defendant Ibis Technology Corp.'s Local Rule 7.3 Corporate Disclosure Statement.

Please date-stamp the enclosed copy and return it to the awaiting messenger. Thank you for your assistance in this matter.

Very truly yours,

Laura M. Stock

Enclosures
cc: Theodore M. Hess-Mahan, Esq.
Mel E. Lifshitz, Esq.

3033966_1