UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -8 P 2: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE IBIS TECHNOLOGY SECURITIES
LITIGATION

Civ. No. 04-10446-RCL

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Gregory M. Nespole to appear on behalf of the plaintiffs and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1. Gregory M. Nespole, of Wolf Haldenstein Adler Freeman & Herz LLP, 270 Madison Avenue, New York, New York 10016, (212) 545-4600, is and has been a member in good standing of the bar of the State of New York since 1994.

2. There are no disciplinary proceedings pending against Gregory M. Nespole as a member of the bar in any jurisdiction.

3. Gregory M. Nespole has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Gregory M. Nespole has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Gregory M. Nespole be admitted to practice before this Court *pro hac vice*.

Respectfully submitted,

*/s/ Thomas G. Shapiro*
Thomas G. Shapiro (BBO No. 454680)
Theodore M. Hess-Mahan,
(BBO No. 557109)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

**Attorneys for Plaintiffs**

Dated: June 7, 2004

364882

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL-HAND-FAX ON 6/8/04

*/s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

2

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Gregory Mark Nespole, hereby certify that:

1. I was admitted to the bar of the State of New York in 1994.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

GREGORY M. NESPOLE

Dated: June 7, 2004

/364862

307309