FILED
IN CLERKS OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

2004 JUN -8  P 2: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | Civ. No. 04-10446-RCL |
|---|---|

**SUPPLEMENTAL AFFIDAVIT OF GREGORY MARK NESPOLE, ESQ.**
**IN FURTHER SUPPORT FOR APPLICATION TO APPEAR PRO HAC VICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

1. Gregory Mark Nespole, Esq., being duly sworn deposes and states as follows in support of his application pursuant to Pursuant to Local Rule 83.5.3 to appear on behalf of the interim lead plaintiffs and practice before this Court in the above-captioned action.

2. I am member of the law firm of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), counsel to interim lead plaintiff George Harrison.

3. Mr. Harrison filed the action styled *Harrison v. IBIS Tech. Corp, et ano.*, 04 CV 10286 (RCL) on February 11, 2004 and timely moved for appointment as lead plaintiff with Messrs. Martin Smolowitz and Mark G. Forgue and for the concomitant selection of Wolf Haldenstein and the Law Offices of Bernard M. Gross, P.C. (the "Gross Firm") to serve as co-Lead Counsel and the selection of Shapiro Haber & Urmy, LLP to serve as Liaison and Local Counsel.

364872

4. By order of this Court dated June 4, 2004, Messrs. Harrison, Smolowitz, and Forgue were appointed interim lead plaintiffs, the Gross Firm was appointed Lead Counsel, and Shapiro Haber & Urmy, LLP was appointed Liaison and Local Counsel.

5. Your Honor elected not to appoint Wolf Haldenstein because it inadvertently failed to file a *pro hac vice* application either prior to making the motion or contemporaneous therewith. For this error, there is no excuse and I respectfully apologize. Wolf Haldenstein has promptly moved to rectify this error and is filing a *pro hac vice* application with this affidavit.

6. Despite my non-compliance with the Local Rule, I respectfully request that Your Honor allow my firm to reserve the right to move for appointment as class counsel pursuant to Rule 23 of the Federal Rules of Civil Procedure at an appropriate time, assuming such an application and appointment is in the best interests of the proposed class.

I respectfully offer my apologies to the Court for this oversight.

GREGORY MARK NESPOLE

Sworn to before me this
7th day of June, 2004

Notary Public
DAVID R. WALES
Notary Public, State of New York
No. 02WA6076746
Qualified in Westchester County
Commission Expires July 1, 2006

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL-HAND-FAX ON 6/8/04

THEODORE M. HESS-MAHAN

364872