UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION ) ) ) ) ) | Case No. 04 cv 10446 RCL<br><br>**JURY TRIAL DEMANDED**<br><br>CLASS ACTION |

NOTICE OF APPEARANCE

**PLEASE TAKE NOTE** that Deborah R. Gross, Esquire, of the Law Offices Bernard M. Gross, P.C. hereby enters appearance as counsel for Lead Plaintiffs. Law Offices Bernard M. Gross, P.C. is lead counsel in this litigation. Deborah R. Gross is admitted to practice in the United States District Court for the District of Massachusetts. Ms. Gross' BBO number is 46151.

Dated: July 9, 2004          Respectfully submitted,

**LAW OFFICES BERNARD M. GROSS, P.C.**

By:   /s/ Deborah R. Gross
**Deborah R. Gross, BBO#546151**
**Robert P. Frutkin**
1515 Locust Street, Second Floor
Philadelphia, PA 19102
(215) 561-3600

Lead Counsel for Lead Plaintiffs

**SHAPIRO HABER & URMY LLP**
**Thomas G. Shapiro BBO#454680**
75 State Street
Boston, MA 02109
(617) 439-3939

Local Counsel for Lead Plaintiffs

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Peter Harrar
Aya Bouchedid
270 Madison Avenue
New York, NY 10016
(212) 545-4600

**LAW OFFICES KENNETH ELAN**
Kenneth Elan
217 Broadway, Suite 606
New York, NY 10007
(212) 619-0261

**KLEIN & SOLOMON, LLP**
Joseph P. Garland
275 Madison Avenue
New York, NY 10016
(212) 213-1812

Attorneys for Lead Plaintiffs

## **CERTIFICATE OF SERVICE**

Deborah R. Gross, Esquire, hereby certifies that a true and correct copy of the foregoing Notice of Appearance was sent on this 9th day of July, 2004 to the counsel listed below by email.

Brian E. Pastuszenski, Esquire
Testa Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
617-248-7000
pastuszenki@tht.com

    /s/ Deborah R. Gross
**DEBORAH R. GROSS**