UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | ) ) ) Civ. No. 04-10446 RCL ) ) |

**DEFENDANTS' MOTION TO DISMISS
CONSOLIDATED AMENDED COMPLAINT**

Pursuant to Rules 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Ibis Technology Corporation and Martin J. Reid (collectively, "Defendants") hereby move to dismiss Plaintiffs' Consolidated Amended Complaint ("Amended Complaint") in its entirety and with prejudice. As grounds for this motion, the Defendants state as follows:

The Amended Complaint should be dismissed for the reasons stated in the Memorandum Of Law In Support Of Defendants' Motion To Dismiss Consolidated Amended Complaint, submitted herewith. In addition, Defendants submit herewith the Appendix of Exhibits In Support of Defendants' Motion to Dismiss Consolidated Amended Complaint ("Appendix of Exhibits"). Defendants have included in the Appendix of Exhibits copies of documents that Plaintiffs have referenced in the Amended Complaint and documents that this Court may judicially notice, all of which this Court may properly consider on a motion to dismiss.

WHEREFORE, Defendants Ibis Technology Corporation and Martin J. Reid respectfully request that this Court issue an Order dismissing the Amended Complaint against Defendants in its entirety and with prejudice, and grant such other and further relief that the Court deems just and proper.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Defendants request oral argument on their Motion to Dismiss Consolidated Amended Complaint.

- 2 -

| | |
|---|---|
| Dated: August 5, 2004 | DEFENDANTS IBIS TECHNOLOGY CORP. AND MARTIN J. REID<br><br>By their attorneys,<br><br>/s/ Brian E. Pastuszenski<br>Brian E. Pastuszenski (BBO #391030)<br>Jason D. Frank (BBO #634985)<br>Laura M. Stock (BBO #652276)<br>Testa, Hurwitz & Thibeault, LLP<br>125 High Street<br>Boston, MA 02110<br>Tel: (617) 248-7000 |

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants hereby certify that they conferred in good faith with Plaintiffs' counsel concerning the subject of this Motion, but were unable to resolve or narrow the issues in dispute.

/s/ Jason D. Frank
Jason D. Frank

## CERTIFICATE OF SERVICE

      I, Jason D. Frank, hereby certify that, on August 5, 2004, I caused a true copy of the above document to be filed electronically with the Court and to be served upon Lead Plaintiffs' liaison counsel by hand delivery and upon Lead Plaintiffs' co-lead counsel by overnight mail, at the addresses below.

                              /s/ Jason D. Frank
                              Jason D. Frank

Thomas G. Shapiro, Esq.
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
(617) 439-3939

Deborah R. Gross, Esq.
Robert P. Frutkin, Esq.
Law Offices of Bernard M. Gross, P.C.
1515 Locust Street, Second Floor
Philadelphia, PA 19102
(215) 561-3600

Peter Harrar, Esq.
Aya Bouchedid, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600

Kenneth Elan, Esq.
Law Offices Kenneth Elan
217 Broadway, Suite 606
New York, NY 10007
(212) 619-0261

Joseph P. Garland, Esq.
Klein & Solomon, LLP
275 Madison Avenue
New York, NY 10016
(212) 213-1812

3087648_1