UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | ) ) Civ. No. 04-10446 RCL ) ) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court by Defendants Ibis Technology Corp. and Martin J. Reid and are available in paper form only:

> Appendix of Exhibits in Support of Defendants' Motion to Dismiss Consolidated Complaint, and Tabs 1-25 attached thereto.

The original documents are maintained in the case file in the Clerk's Office.


Dated:  August 5, 2004                    DEFENDANTS IBIS TECHNOLOGY
                                          CORP. AND MARTIN J. REID

                                          By their attorneys,


                                          /s/ Brian E. Pastuszenski
                                          Brian E. Pastuszenski (BBO #391030)
                                          Jason D. Frank (BBO #634985)
                                          Laura M. Stock (BBO #652276)
                                          Testa, Hurwitz & Thibeault, LLP
                                          125 High Street
                                          Boston, MA 02110
                                          Tel:  (617) 248-7000

**CERTIFICATE OF SERVICE**

      I, Jason D. Frank, hereby certify that, on August 5, 2004, I caused a true copy of the above document to be filed electronically with the Court and to be served upon Lead Plaintiffs' liaison counsel by hand delivery and upon Lead Plaintiffs' co-lead counsel by overnight mail, at the addresses below.

                                                    /s/ Jason D. Frank
                                                    Jason D. Frank

Thomas G. Shapiro, Esq.
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
(617) 439-3939

Deborah R. Gross, Esq.
Robert P. Frutkin, Esq.
Law Offices of Bernard M. Gross, P.C.
1515 Locust Street, Second Floor
Philadelphia, PA 19102
(215) 561-3600

Peter Harrar, Esq.
Aya Bouchedid, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600

Kenneth Elan, Esq.
Law Offices Kenneth Elan
217 Broadway, Suite 606
New York, NY 10007
(212) 619-0261

Joseph P. Garland, Esq.
Klein & Solomon, LLP
275 Madison Avenue
New York, NY 10016
(212) 213-1812

3102726_1