UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | ) ) ) ) ) | Civ. No. 04-10446 RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Jason D. Frank of the law firm of Testa, Hurwitz & Thibeault, LLP, 125 High Street, Boston, Massachusetts 02110, as attorney for Defendants Ibis Technology Corporation and Martin J. Reid in the above-captioned case.

Dated: August 6, 2004

IBIS TECHNOLOGY CORP. AND
MARTIN J. REID

By their attorneys,

/s/ Jason D. Frank
Jason D. Frank (BBO #634985)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
Tel: (617) 248-7000
Fax: (617) 248-7100

**CERTIFICATE OF SERVICE**

      I, Jason D. Frank, hereby certify that, on August 6, 2004, I caused a true copy of the above document to be served electronically on counsel of record registered with the Electronic Case Filing System (ECF), and to be served upon counsel of record not registered with ECF by First Class United States mail at the address below.

                    /s/ Jason D. Frank
                    Jason D. Frank

Kenneth Elan, Esq.
Law Offices of Kenneth Elan
217 Broadway, Suite 606
New York, NY 10007
(212) 619-0261


3103785_1