UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE IBIS TECHNOLOGY CORP.         )     Civil Action No. 04-10446 RCL
SECURITIES LITIGATION               )
_____)

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT**

Plaintiffs hereby move this Court for an order pursuant to Local Rule 7.1(B)(2) to extend the time to file their memorandum in opposition to Defendants' Motion to Dismiss Consolidated Amended Complaint through September 14, 2004. As reasons therefor, Plaintiffs state as follows:

1.      Pursuant to this Court's Order dated June 4, 2004, on July 6, 2004, Plaintiffs filed their Consolidated Amended Complaint and on August 5, 2004, Defendants' filed their Motion to Dismiss the Consolidated Amended Complaint.

2.      Defendants' motion raises complex factual and legal issues. Plaintiffs believe it will assist the Court to resolve this matter if they are granted additional time to prepare their memorandum in opposition to Defendants' motion in order to address those issues adequately.

3.      The parties' counsel have conferred and Defendants have assented to this motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter and Order extending the time within which they may file their memorandum in opposition to Defendants' Motion to Dismiss Consolidated Amended Complaint until September 14, 2004.

Dated: August 17, 2004                                    Respectfully submitted,

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan BBO #557109
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiffs

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I hereby certify that the parties have conferred in good faith to narrow or resolve the areas of disagreement regarding the issues raised in this motion. Defendants have assented to this motion.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan