UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE IBIS TECHNOLOGY )
SECURITIES LITIGATION )    Case No. 04 cv 10446 RCL
)

## PLAINTIFFS' APPENDIX OF EXHIBITS

SHAPIRO HABER & URMY LLP
Thomas G. Shapiro BBO#454680
Ted Hess-Mahan BBO#
Exchange Place
53 State Street, 37th Floor
Boston, MA 02109
(617) 439-3939

Local Counsel for Lead Plaintiffs

| LAW OFFICES BERNARD M. GROSS, P.C. | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
|---|---|
| Deborah R. Gross, BBO#546151 | Peter Harrar |
| Robert P. Frutkin | Aya Bouchedid |
| 1515 Locust Street, Second Floor | 270 Madison Avenue |
| Philadelphia, PA 19102 | New York, NY 10016 |
| (215) 561-3600 | (212) 545-4600 |

Lead Counsel for Lead Plaintiffs

## **TABLE OF CONTENTS**

**Description**

                                                                                                                                          **Exhibit**

Ibis Technology Corp., Form 10-Q for period ended September 30, 2002, filed November 1, 2002 .................................................. 1

Ibis Technology Corp., Form 10-Q for period ended March 31, 2004, filed May 4, 2004 .................................................. 2

Ibis Technology Corp., Form 10-Q for period ended June 30, 2004, filed August 12, 2004 .................................................. 3

Ibis Technology Corp., Press Release dated September 10, 2002 .................................................. 4

Ibis Technology Corp., Press Release dated November 20, 2002 .................................................. 5

Ibis Technology Corp., Press Release dated July 21, 2004 .................................................. 6

Needham & Company, Research Report dated February 20, 2003 .................................................. 7

Needham & Company, Research Report dated July 24, 2003 .................................................. 8

*Electronic News*, article dated July 28, 2003 .................................................. 9