UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | ) <br> ) Civ. No. 04-10446 RCL <br> ) <br> ) |

**ASSENTED TO MOTION**
**FOR LEAVE TO FILE A REPLY MEMORANDUM**

Defendants Ibis Technology Corp. and Martin J. Reid (collectively, "Defendants"), respectfully request leave to file a reply memorandum in support of Defendants' Motion to Dismiss Consolidated Amended Complaint. As reasons therefor, Defendants state as follows:

1.      On July 6, 2004, Plaintiffs filed a Consolidated Amended Complaint ("the Complaint") consisting of eighty-six separately numbered paragraphs.

2.      On August 5, 2004, Defendants filed a Motion to Dismiss the Consolidated Amended Complaint ("Motion to Dismiss") for failure to state a claim upon which relief could be granted.

3.      On August 17, 2004, Plaintiffs requested an extension of time until September 14, 2004 to file a memorandum in opposition to the Motion to Dismiss. On August 18, 2004, the Court granted Plaintiffs' request. Accordingly, on September 14, 2004, Plaintiffs filed their opposition to the Defendants' Motion to Dismiss ("the Opposition").

4.      In the Opposition, Plaintiffs raise new arguments not set forth in the Complaint and reference third-party covenants not mentioned in the Complaint.

5.      With this motion, Defendants seek permission to file a brief reply memorandum to address these new issues.

6.      The parties' counsel have conferred and Plaintiffs' counsel has assented to the relief requested by this motion.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting Defendants leave to file a reply memorandum, which shall be filed no later than October 25, 2004.

Dated:  September 21, 2004					IBIS TECHNOLOGY CORP. AND
								MARTIN J. REID

								By their attorneys,


								/s/ Brian E. Pastuszenski
								Brian E. Pastuszenski (BBO #391030)
								Christine S. Chung (BBO #631724)
								Laura M. Stock (BBO # 652276)
								Testa, Hurwitz & Thibeault, LLP
								125 High Street
								Boston, MA 02110
								Tel:  (617) 248-7000
								Fax: (617) 248-7100

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Laura M. Stock, hereby certify that the parties have conferred in good faith to narrow or resolve the areas of disagreement regarding the issues raised in this motion.  Plaintiffs have assented to the relief requested by this motion.

								/s/ Laura M. Stock
								Laura M. Stock

**CERTIFICATE OF SERVICE**

      I, Laura M. Stock, hereby certify that, on September 21, 2004, I caused a true copy of the above document to be served electronically on counsel of record registered with the Electronic Case Filing System ("ECF"), and to be served upon counsel of record not registered with ECF by First Class United States mail at the address below.

                                            /s/ Laura M. Stock
                                            Laura M. Stock

Kenneth Elan, Esq.
Law Offices of Kenneth Elan
217 Broadway, Suite 606
New York, NY 10007
(212) 619-0261

3117959_1