UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | Civ. No. 04-10446 RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Jason D. Frank respectfully requests leave of Court to withdraw as counsel for the Defendants in this matter pursuant to Local Rule 83.5.2(c). Please note that Brian E. Pastuszenski, Christine S. Chung, and Laura M. Stock of Testa, Hurwitz & Thibeault, LLP continue to represent the Defendants but Mr. Frank has left the employ of Testa, Hurwitz & Thibeault, LLP.

Dated: October 29, 2004

/s/ Jason D. Frank
Jason D. Frank (BBO #634985)

## CERTIFICATE OF SERVICE

    I, Jason D. Frank, hereby certify that, on October 29, 2004, I caused a true copy of the above document to be served electronically on counsel of record registered with the Electronic Case Filing System (ECF), and to be served upon counsel of record not registered with ECF by First Class United States mail at the address below.

/s/ Jason D. Frank
Jason D. Frank

Kenneth Elan, Esq.
Law Offices of Kenneth Elan
217 Broadway, Suite 606
New York, NY 10007
(212) 619-0261

3119514-1