UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | |
| | ) | CIVIL ACTION |
| IBIS TECHNOLOGY | ) | NO. 04-10446-RCL |
| SECURITIES LITIGATION | ) | |
| | ) | |

## NOTICE OF MOTION HEARING

PLEASE TAKE NOTICE that the "Defendants' Motion to Dismiss Consolidated Amended Complaint" (Docket # 10) has been scheduled for hearing on Wednesday, December 15, 2004, at 2:00 P.M. before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor.

TONY ANASTAS,
CLERK OF COURT


   / s / Jolyne D'Ambrosio
By:  Deputy Clerk

DATED:  November 16, 2004