UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | ) <br> ) Civ. No. 04-10446 RCL <br> ) <br> ) |

**ASSENTED TO MOTION TO CONTINUE
HEARING ON DEFENDANTS' MOTION TO DISMISS**

Defendants Ibis Technology Corp. and Martin J. Reid (collectively, "Defendants"), by their counsel, hereby move to continue the hearing on Defendants' Motion to Dismiss ("Motion to Dismiss") Plaintiffs' Consolidated Amended Complaint (the "Complaint"). As grounds for this motion, Defendants state as follows:

1. On August 5, 2004, Defendants filed their Motion to Dismiss the Complaint.

2. As of October 25, 2004, briefing on Defendants' Motion to Dismiss was completed.

3. On November 11, 2004, this matter was referred to the Hon. Judith Gail Dein for a Report and Recommendation on the Motion to Dismiss.

4. On November 16, 2004, the Court scheduled a hearing for the Motion to Dismiss on December 15, 2004.

5. Due to prior professional commitments, counsel for the Defendants are unavailable on that date.

6. Counsel have conferred regarding scheduling and have determined that all counsel are available the week of January 24, 2005. Defendants therefore respectfully request that the Court reschedule the hearing to January 24, 2005, or any date convenient to the Court's schedule thereafter.

WHEREFORE, Defendants respectfully request that this Court enter an Order rescheduling the hearing on Defendants' Motion to Dismiss for one of the dates listed in Paragraph 6.

Dated:  November 24, 2004

                IBIS TECHNOLOGY CORP. AND
                MARTIN J. REID
                By their attorneys,


                /s/ Christine S. Chung
                Brian E. Pastuszenski (BBO #391030)
                Christine S. Chung (BBO #631724)
                Laura M. Stock (BBO # 652276)
                Testa, Hurwitz & Thibeault, LLP
                125 High Street
                Boston, MA 02110
                Tel:  (617) 248-7000
                Fax: (617) 248-7100


## LOCAL RULE 7.1(A)(2) CERTIFICATION

     Counsel for Plaintiffs and Defendants have conferred in good faith and Defendants submit this as an assented-to motion.


                /s/ Christine S. Chung
                Christine S. Chung

## CERTIFICATE OF SERVICE

      I, Christine S. Chung, hereby certify that, on November 24, 2004, I caused a true copy of the above document to be served electronically on counsel of record registered with the Electronic Case Filing System ("ECF"), and to be served upon counsel of record not registered with ECF by First Class United States mail at the address below.

                                              /s/ Christine S. Chung  
                                              Christine S. Chung

Kenneth Elan, Esq.  
Law Offices of Kenneth Elan  
217 Broadway, Suite 606  
New York, NY 10007  
(212) 619-0261

3147003_1