UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | C.A. No. 04-10446 (RCL) |

**LEAD PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY**

Lead Plaintiffs hereby move this Court for leave to submit supplemental authority in further support of their opposition to Defendants' motion to dismiss the Consolidated Amended Complaint. Lead Plaintiffs wish to bring to this Court's attention a recent decision by Chief Judge Young denying a motion to dismiss the complaint in a securities class action entitled *Crowell v. Ionics, Inc. et al.,* 343 F. Supp. 2d 1 (D. Mass. 2004) (a copy of which is annexed hereto as Exhibit A). In that case, Judge Young held, *inter alia*, that the absence of insider trading does not preclude a finding of a strong inference of scienter under the heightened pleading standards of the PSLRA. *Id.* at *14-16.

The parties' counsel have conferred and defendants do not oppose this motion.

Dated: January 21, 2005                    Respectfully submitted,


                                            **/s/Theodore M. Hess-Mahan**
                                            Theodore M. Hess-Mahan BBO #557109
                                            **SHAPIRO HABER & URMY LLP**
                                            Exchange Place
                                            53 State Street, 37th Floor
                                            Boston, MA 02109
                                            (617) 439-3939

                                            Local Counsel for Lead Plaintiffs

**LAW OFFICES BERNARD M. GROSS, P.C.**
**Deborah R. Gross, BBO#546151**
**Robert P. Frutkin**
1515 Locust Street, Second Floor
Philadelphia, PA 19102
(215) 561-3600

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
**Peter Harrar**
**Aya Bouchedid**
270 Madison Avenue
New York, NY 10016
(212) 545-4600

Lead Counsel for Lead Plaintiffs

**LAW OFFICES KENNETH ELAN**
Kenneth Elan
217 Broadway, Suite 606
New York, NY 10007
(212) 619-0261

**KLEIN & SOLOMON, LLP**
Joseph P. Garland
275 Madison Avenue
New York, NY 10016
(212) 213-1812

Attorneys for Lead Plaintiffs

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the areas of dispute regarding the issues raised in this motion and that defendants do not oppose this motion.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan

2