UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | C.A. No. 04-10446 (RCL) |

**LEAD PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE CORRECTED MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiffs hereby move this Court for leave to file a corrected memorandum of law in opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint. As reasons therefor, Lead Plaintiffs state that due to a formatting error that occurred in their word processing software, the table which appears on pages 4-5 of their Opposition which was previously filed with the Court is not properly aligned. Lead Plaintiffs' Corrected Memorandum of Law In Opposition to Defendants' Motion, which is submitted herewith, contains a properly aligned table on pages 4-5.

The parties' counsel have conferred and defendants do not oppose this motion.

Dated: January 21, 2005              Respectfully submitted,

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan BBO #557109
**SHAPIRO HABER & URMY LLP**
Exchange Place
53 State Street, 37th Floor
Boston, MA 02109
(617) 439-3939

Local Counsel for Lead Plaintiffs

**LAW OFFICES BERNARD M. GROSS, P.C.**
**Deborah R. Gross, BBO#546151**
**Robert P. Frutkin**
1515 Locust Street, Second Floor
Philadelphia, PA 19102
(215) 561-3600

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
**Peter Harrar**
**Aya Bouchedid**
270 Madison Avenue
New York, NY 10016
(212) 545-4600

Lead Counsel for Lead Plaintiffs

**LAW OFFICES KENNETH ELAN**
Kenneth Elan
217 Broadway, Suite 606
New York, NY 10007
(212) 619-0261

**KLEIN & SOLOMON, LLP**
Joseph P. Garland
275 Madison Avenue
New York, NY 10016
(212) 213-1812

Attorneys for Lead Plaintiffs

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the areas of dispute regarding the issues raised in this motion and that defendants do not oppose this motion.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan

2