UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | ) )  Civ. No. 04-10446 RCL ) ) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Brian E. Pastuszenski, Esq., counsel for Defendants Ibis Technology Corp. and Martin J. Reid, has joined the firm of Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109.  Mr. Pastuszenski's telephone number is (617) 570-1000 and his facsimile number is (617) 523-1231.  His email is bpastuszenski@goodwinprocter.com.  Christine S. Chung, Esq. and Laura M. Stock, Esq. of Testa, Hurwitz & Thibeault, LLP, 125 High Street, Boston, Massachusetts 02110, continue to be associated in the above-captioned case on behalf of the Defendants.

Dated:  January 25, 2005

IBIS TECHNOLOGY CORP. AND
MARTIN J. REID

By their attorneys,

/s/ Brian E. Pastuszenski_____
Brian E. Pastuszenski (BBO #391030)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel:  (617) 570-1000
Fax:  (617) 523-1231

Christine S. Chung (BBO #631724)
Laura M. Stock (BBO # 652276)
Testa, Hurwitz & Thibeault, LLP
(a limited liability partnership in dissolution)
125 High Street
Boston, MA 02110
Tel:  (617) 248-7000

Fax: (617) 248-7100

## **CERTIFICATE OF SERVICE**

     I, Laura M. Stock, hereby certify that, on January 25, 2005, I caused a true copy of the above document to be served electronically on counsel of record registered with the Electronic Case Filing System (ECF), and to be served upon counsel of record not registered with ECF by First Class United States mail at the address below.

                                              /s/ Laura M. Stock
                                              Laura M. Stock

Kenneth Elan, Esq.
Law Offices of Kenneth Elan
217 Broadway, Suite 606
New York, NY 10007
(212) 619-0261

3169685_1