UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | ) ) ) Civ. No. 04-10446 RCL ) ) |

### NOTICE OF CHANGE OF ADDRESS

Christine S. Chung, Esq. and Laura M. Stock, Esq., attorneys for the defendants in the above-captioned matter, hereby give notice of their new address:

> Goodwin Procter LLP
> Exchange Place
> 53 State Street
> Boston, MA  02109
> Tel: (617) 570-1000
> Fax: (617) 523-1231
> cchung@goodwinprocter.com
> lstock@goodwinprocter.com

Brian E. Pastuszenski, Esq., of Goodwin Procter LLP, remains as counsel for the defendants in the above-captioned matter.

Dated:  March 1, 2005                                Respectfully submitted,

/s/ Christine S. Chung_____
Brian E. Pastuszenski (BBO #391030)
Christine S. Chung (BBO # 631724)
Laura M. Stock (BBO #652276)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel:  (617) 570-1000
Fax:  (617) 523-1231

**CERTIFICATE OF SERVICE**

      I, Laura M. Stock, hereby certify that, on March 1, 2005, I caused a true copy of the above document to be served electronically on counsel of record registered with the Electronic Case Filing System (ECF), and to be served upon counsel of record not registered with ECF by First Class United States mail at the address below.

                                            /s/ Laura M. Stock
                                            Laura M. Stock

Kenneth Elan, Esq.
Law Offices of Kenneth Elan
217 Broadway, Suite 606
New York, NY 10007
(212) 619-0261

LIBA/1469733.1