© 2003 AICPA, Inc., Journal of Accountancy

**34.** When conducting a review of interim financial information, the accountant also should determine whether any of the matters described in SAS No. 61, Communication With Audit Committees (AICPA, Professional Standards, vol. 1, AU sec. 380), as amended, as they relate to the interim financial information, have been identified. If such matters have been identified, the accountant should communicate them to the audit committee or be satisfied, through discussion with the audit committee, that such matters have been communicated to the audit committee by management. For example, the accountant should determine that the audit committee is informed about the process used by management to formulate particularly sensitive accounting estimates; about a change in a significant accounting policy affecting the interim financial information; about adjustments that, either individually or in the aggregate, could have a significant effect on the entity's financial reporting process; and about uncorrected misstatements aggregated by the accountant that were determined by management to be immaterial, both individually and in the aggregate, to the interim financial statements taken as a whole. n23

> n23 The presentation to the audit committee should be similar to the summary of uncorrected misstatements included in or attached to the management representation letter that is described in paragraph 24(h) of this Statement.

**35.** The objective of a review of interim financial information differs significantly from that of an audit. Therefore, any communication the accountant may make about the quality, not just the acceptability, of the entity's accounting principles as applied to its interim financial reporting generally would be limited to the effect of significant events, transactions, and changes in accounting estimates that the accountant considered when conducting the review of interim financial information. Further, interim review procedures do not provide assurance that the accountant will become aware of all matters that might affect the accountant's judgments about the quality of the entity's accounting principles that would be identified as a result of an audit.

**36.** If the accountant has identified matters to be communicated to the audit committee, the accountant should attempt to make such communications with the audit committee, or at least its chair, and a representative of management before the entity files its interim financial information with a regulatory agency (such as the SEC). If such communications cannot be made before the filing, they should be made as soon as practicable in the circumstances. The communications may be oral or written. If information is communicated orally, the accountant should document the communications.

**THE ACCOUNTANT'S REPORT ON A REVIEW OF INTERIM FINANCIAL INFORMATION n24**

> n24 Paragraphs 37 through 46 of this Statement provide reporting guidance for a review of interim financial information; however, an accountant is not required to issue a report on such engagements.

**Form of Accountant's Review Report**

**37.** The accountant's review report accompanying interim financial information should consist of:
**a.** A title that includes the word independent.
**b.** A statement that the interim financial information identified in the report was reviewed.
**c.** A statement that the interim financial information is the responsibility of the entity's management.
**d.** A statement that the review of interim financial information was conducted in accordance with standards established by the AICPA.
**e.** A description of the procedures for a review of interim financial information.
**f.** A statement that a review of interim financial information is substantially less in scope than an audit conducted in accordance with generally accepted auditing standards, the objective of which is an expression of an opinion regarding the financial statements taken as a whole, and accordingly, no such opinion is expressed.
**g.** A statement about whether the accountant is aware of any material modifications that should be made to the accompanying interim financial information for it to conform with generally accepted accounting principles. The statement should include an identification of the country of origin of those accounting principles (for example, accounting principles generally accepted in the United States of America or U.S. generally accepted accounting principles).
**h.** The manual or printed signature of the accountant's firm.
**i.** The date of the review report. (Generally, the report should be dated as of the date of completion of the review procedures. n25)