UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| IN RE: IBIS TECHNOLOGY<br>SECURITIES LITIGATION | C.A. No. 04-10446-RCL |

_____

### NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

| | |
|---|---|
| Dated: May 25, 2005 | Respectfully submitted, |
| | /s/ David Pastor<br>David Pastor (BBO # 391000)<br>GILMAN AND PASTOR, LLP<br>60 State Street, 37th Floor<br>Boston, MA 02109<br>Telephone: (617) 742-9700<br>Facsimile: (617) 742-9701<br><br>Counsel for Plaintiffs |

00004815.WPD ; 1