UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE IBIS TECHNOLOGY ) <br> SECURITIES LITIGATION ) | CIVIL ACTION NO. <br> 04-10446 (RCL) |

**JOINT MOTION TO EXTEND TIME TO FILE OBJECTIONS
TO REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS**

      Plaintiffs and Defendants, by and through their counsel, jointly and respectfully move, pursuant to Fed. R. Civ. P. 6(b), for an order enlarging the time by which the parties must file their objections to the Report and Recommendation on Defendants' Motion to Dismiss through October 24, 2005. As reasons therefor, the parties state as follows:

1. On September 22, 2005, Magistrate Judge Dein's Report and Recommendation on Defendants' Motion to Dismiss was entered on the docket and served electronically on the parties in this action.

2. Pursuant to Fed. R. Civ. P. 72, any party who objects to the proposed findings and recommendations must file written objections thereto within 10 days of receipt of the Report and Recommendation. The Court's ECF notice stated that the parties' objections were due by October 3, 2005.

3. Magistrate Judge Dein recommended that the Defendants' Motion to Dismiss be allowed in part and denied in part. Therefore, both parties intend to file objections to the Report and Recommendation.

4. Both parties believe it will aid in the resolution of this matter if they are granted additional time to prepare their respective written objections.

- 2 -

WHEREFORE, Plaintiffs and Defendants respectfully request that this Court enter an Order extending the time within which they may file their respective written objections to the Report and Recommendation on Defendants' Motion to Dismiss until October 24, 2005.

Dated:  September 23, 2005                                                     Respectfully submitted,

/s/ Theodore Hess-Mahan                                      /s/ Brian E. Pastuszenski
Theodore Hess-Mahan (BBO#557109)            Brian E. Pastuszenski (BBO #391030)
SHAPIRO HABER & URMY LLP                       Christine S. Chung (BBO #631724)
Exchange Place                                                    Laura M. Stock (BBO #652276)
53 State Street, 37th Floor                                     GOODWIN PROCTER LLP
Boston MA  02109                                                 Exchange Place
(617) 439-3939                                                       53 State Street
                                                                               Boston, MA 02109
Local Counsel for Lead Plaintiffs                         (617) 570-1000

LAW OFFICES OF                                                Counsel for Ibis Technology Corp. and
BERNARD M. GROSS, P.C.                                 Martin J. Reid
Deborah R. Gross (BBO #546151)
Robert P. Frutkin
1515 Locust Street, 2nd Floor
Philadelphia, PA 19102
(215) 561-3600

Lead Counsel for Lead Plaintiffs

LIBA/1586695.1