UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **IN RE IBIS TECHNOLOGY** ) | | |
| **SECURITIES LITIGATION** ) | Civ. No. 04-10446 RCL | |
| ) | | |

## MOTION FOR LEAVE TO FILE
## BRIEF IN EXCESS OF 20 PAGES

Pursuant to Local Rule 7.1(B)(4), Defendants Ibis Technology Corp. and Martin J. Reid ("Defendants") respectfully request leave to file a Partial Objection to the Report and Recommendation of the Magistrate Judge ("the Objection") (filed contemporaneously herewith) that exceeds twenty pages. As grounds for this motion, Defendants note that while there is no specified page limit either in the Federal or Local Rules for an objection to a Magistrate Judge's Report and Recommendation, they have determined to request leave to file the Objection in an abundance of caution, because the Report concerns the Defendants' Motion to Dismiss the Consolidated Amended Complaint in this action. As further grounds for their Motion, Defendants note that there have been developments in the relevant case law (both in the First Circuit and elsewhere) in the more than fourteen months since the Defendants filed their Motion to Dismiss.

The parties' counsel have conferred and the plaintiffs do not oppose this motion.

        IBIS TECHNOLOGY CORP. and
        MARTIN J. REID
        By their attorneys,

        /s/ Brian E. Pastuszenski
        Brian E. Pastuszenski (BBO #391030)
        Christine R. Chung (BBO #631724)
        William J. Trach (BBO #661401)
        GOODWIN PROCTER LLP
        Exchange Place
        53 State Street
        Boston, Massachusetts 02109-2881
        (617) 570-1000

Date: October 24, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the areas of dispute regarding the issues raised in this motion and that the plaintiffs do not oppose this motion.

        /s/ William J. Trach
        William J. Trach

## CERTIFICATE OF SERVICE

I, William J. Trach, hereby certify that, on October 24, 2005, I caused a true copy of the above document to be filed electronically with the Court, to be served electronically upon counsel of record registered with the Electronic Case Filing System ("ECF"), and to be served upon counsel of record not registered with ECF by First Class United States mail at the address below.

        /s/ William J. Trach
        William J. Trach

Kenneth Elan, Esq.
Law Offices of Kenneth Elan
217 Broadway, Suite 606
New York, NY 10007
(212) 619-0261
LIBA/1640675.1