UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | Civil Action No. 04-10446 RCL |

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

1. Appendix of Exhibits in Support of Defendants' Partial Objection To Magistrate's Report and Recommendation on Defendants' Motion To Dismiss.

    Respectfully submitted,

    Ibis Technology Corp. and Martin J. Reid

    By their attorney,

    /s/ Brian E. Pastuszenski
    Brian E. Pastuszenski (BBO #391030)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109
    (617) 570-1211

Dated: October 24, 2005

## CERTIFICATE OF SERVICE

I, Brian E. Pastuszenski, hereby certify that, on October 24, 2005, I caused a true copy of the above document to be served upon Lead Plaintiffs' liaison counsel by hand delivery and upon Lead Plaintiffs' co-lead counsel by overnight mail, at the addresses below.

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski

Thomas G. Shapiro, Esq.
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

David Pastor, Esq.
Gilman & Pastor LLP
60 State Street
Boston, MA 02109

Deborah R. Gross, Esq.
Robert P. Fruitkin, Esq.
Law Offices of Bernard M. Gross, P.C.
1515 Locust Street, Second Floor
Philadelphia, PA 19102

Gregory Nespole, Esq.
Peter Harrar, Esq.
Aya Bouchedid, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

Kenneth Elan, Esq.
Law Offices of Kenneth Elan
217 Broadway, Suite 606
New York, NY 10007

Joseph P. Garland, Esq.
Klein & Solomon, LLP
275 Madison Avenue
New York, NY 10016

LIBA/1640547