UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE IBIS TECHNOLOGY<br>SECURITIES LITIGATION ) ) ) ) ) ) | CIVIL ACTION NO.<br>04-10446 (RCL) |

**JOINT MOTION TO EXTEND TIME TO FILE RESPONSES TO OBJECTIONS
TO REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiffs and Defendants, by and through their counsel, jointly and respectfully move, pursuant to Fed. R. Civ. P. 6(b), for an order enlarging the time by which the parties must file responses to objections to the Report and Recommendation on Defendants' Motion to Dismiss through December 5, 2005. As reasons therefor, the parties state as follows:

1. On September 22, 2005, Magistrate Judge Dein's Report and Recommendation on Defendants' Motion to Dismiss was entered on the docket and served electronically on the parties in this action. Magistrate Judge Dein recommended that the Defendants' Motion to Dismiss be allowed in part and denied in part.

2. On October 24, 2005, pursuant to Fed. R. Civ. P. 72, both Lead Plaintiffs and Defendants filed partial Objections to the Report and Recommendation on Defendants' Motion to Dismiss.

3. Pursuant to Fed. R. Civ. P. 72, a party who is successful before the Magistrate is afforded the opportunity to respond to objections raised to the Magistrate's ruling within ten days of receipt of those objections. Lead Plaintiffs and Defendants intend to respond to each other's objections. Accordingly, such responses would be due by November 7, 2005.

- 2 -

4.   Both parties believe it will aid in the resolution of this matter if they are granted additional time to prepare their respective written responses.

WHEREFORE, Lead Plaintiffs and Defendants respectfully request that this Court enter an Order extending the time within which they may file their respective responses to the objections to the Report and Recommendation on Defendants' Motion to Dismiss until December 5, 2005.

Dated:  October 28, 2005

/s/ Theodore Hess-Mahan
Thomas G. Shapiro (BBO #454680)
Theodore Hess-Mahan (BBO #557109)
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street, 37th Floor
Boston MA  02109
(617) 439-3939

Liaison Counsel for Lead Plaintiffs

LAW OFFICES OF
BERNARD M. GROSS, P.C.
Deborah R. Gross (BBO #546151)
Robert P. Frutkin
Suite 450, Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA 19102
(215) 561-3600

Lead Counsel for Lead Plaintiffs

Respectfully submitted,

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski (BBO #391030)
Christine S. Chung (BBO #631724)
Laura M. Stock (BBO #652276)
William J. Trach (BBO #661401)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Counsel for Ibis Technology Corp. and Martin J. Reid

LIBA/1641891.1