UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE IBIS TECHNOLOGY<br>SECURITIES LITIGATION | )<br>)<br>) | Case No. 04 cv 10446 RCL<br><br>CLASS ACTION |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION AND PLAINTIFFS' <u>CROSS MOTION FOR LEAVE TO SUBMIT NEW AUTHORITY</u>

Plaintiffs hereby move this Court for leave to file their Response to Defendants' Motion to Submit New Controlling First Circuit Authority and for leave to submit new authority, submitted herewith.

The parties' counsel have conferred and defendants do not object to the relief requested in this motion.

Dated: January 13, 2006

Respectfully Submitted,

**/s/Theodore M. Hess-Mahan**
Thomas G. Shapiro BBO#454680
Theodore M. Hess-Mahan BBO #557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

*Local Counsel for Lead Plaintiffs*


LAW OFFICES OF BERNARD M. GROSS, P.C.
Deborah R. Gross, BBO#546151
Robert P. Frutkin
450 John Wanamaker Building
Juniper and Market Streets
Philadelphia, PA 19107
(215) 561-3600
*Lead Counsel for Plaintiffs*

Wolf Haldenstein Adler Freeman & Herz LLP
Peter C. Harrar
Aya Bouchedid
270 Madison Avenue
New York, NY 10016
(212) 545-4600

*Additional Plaintiffs' Counsel*

426060

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

    I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the issues raised in this motion. Defendants do not object to the relief requested in this motion.

                              **/s/Theodore M. Hess-Mahan**
                              Theodore M. Hess-Mahan