UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE IBIS TECHNOLOGY )<br>SECURITIES LITIGATION ) | CIVIL ACTION NO.<br>04-10446 (RCL) |

**ASSENTED-TO MOTION TO ENLARGE TIME TO ANSWER AND/OR FILE OTHER RESPONSIVE PLEADING TO CONSOLIDATED AMENDED COMPLAINT**

Defendants Ibis Technology Corporation and Martin J. Reid (collectively, "Defendants"), by and through their counsel, respectfully move, pursuant to Fed. R. Civ. P. 6(b), for an order enlarging the time by which Defendants must answer and/or file an otherwise responsive pleading to Plaintiffs' Consolidated Amended Complaint to May 24, 2006. As reasons therefor, Defendants state as follows:

1. On March 31, 2006, this Court issued its Memorandum and Order on Magistrate Judge's Report and Recommendation on Defendants' Motion to Dismiss in this action, allowing the motion to dismiss in part and denying the motion to dismiss in part.

2. On April 3, 2006, the Court issued a Notice of Scheduling Conference and Additional Matters, set for May 31, 2006.

3. Pursuant to the Notice of Scheduling Conference and Additional Matters and Local Rule 16.1, the parties have been conferring about various topics, including an agenda for the scheduling conference, a proposed pre-trial schedule and discovery plan, and proposed date by which Plaintiffs' may amend their Consolidated Amended Complaint.

4.  The parties have also conferred about the preparation of the Joint Statement, which, pursuant to this Court's order, must be filed May 24, 2006.

5.  Plaintiffs have represented that they do not intend to amend their Consolidated Amended Complaint prior to the scheduling conference. Therefore, the parties have conferred and agreed to include in the Joint Statement that Defendant's response to the Consolidated Amended Complaint be filed by May 24, 2006, the same day the Joint Statement is due to be filed.

WHEREFORE, Defendants respectfully request that this Court enter an Order extending the time within which they may answer and/or file an otherwise responsive pleading to the Consolidated Amended Complaint to May 24, 2006.

Dated: May 5, 2005

Respectfully submitted,

/s/ Laura M. Stock
Brian E. Pastuszenski (BBO #391030)
Christine S. Chung (BBO #631724)
Laura M. Stock (BBO #652276)
William J. Trach (BBO #661401)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109`
(617) 570-1000

Counsel for Ibis Technology Corp. and Martin J. Reid

## LOCAL RULE 7.1(A)(2) CERTIFICATION

 Counsel for Defendants and Plaintiffs have conferred in good faith and Plaintiffs have assented to the relief requested by this motion.

             /s/ Laura M. Stock
             Laura M. Stock

## CERTIFICATE OF SERVICE

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 5, 2006.

             /s/ Laura M. Stock
             Laura M. Stock

LIBA/1696484.1