UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
**IN RE IBIS TECHNOLOGY**              )
**SECURITIES LITIGATION**             )      Civ No. 04-10446 RCL
_____)


**DEFENDANTS' MOTION TO STRIKE ALLEGATIONS RELATING TO
DISMISSED CLAIMS FROM CONSOLIDATED AMENDED COMPLAINT**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Defendants Ibis Technology Corp. and Martin J. Reid (collectively, "Defendants") hereby respectfully move for an order striking allegations from the Consolidated Amended Complaint filed by Plaintiffs in the above-referenced action that are solely related to the claims that have been dismissed by the Court.

In support hereof, Defendants submit the accompanying Memorandum in Support of Defendants' Motion to Strike Allegations Relating to Dismissed Claims From Consolidated Amended Complaint. The accompanying Memorandum also sets forth the specific allegations that Defendants are moving to strike.

LIBA/1700241.1

Dated: May 23, 2006

                    IBIS TECHNOLOGY CORP. AND
                    MARTIN J. REID

                    By their attorneys,

                    /s/ Brian E. Pastuszenski
                    Brian E. Pastuszenski (BBO #391030)
                    Christine S. Chung (BBO # 631724)
                    Laura M. Stock (BBO #652276)
                    William J. Trach (BBO #661401)
                    GOODWIN PROCTER LLP
                    Exchange Place
                    Boston, MA 02109
                    Tel:  (617) 570-1000
                    Fax:  (617) 523-1231

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the areas of dispute regarding the issues raised in this motion but were unable to do so.

                    /s/ Brian E. Pastuszenski

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 23, 2006.

                    /s/ Brian E. Pastuszenski