UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE IBIS TECHNOLOGY SECURITIES LITIGATION ) ) ) ) ) Civ. No. 04-10446 RCL

## CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1(D)(3) that we have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider a resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Ibis Technology Corp.
By: Martin J. Reid
President and Chief Executive Officer

_____
Christine S. Chung
Counsel for Ibis Technology Corp.

Dated: May 24, 2006

LIBA/1698754.1