UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | Case No. 04 cv 10446 RCL <br><br> **JURY TRIAL DEMANDED** <br><br> CLASS ACTION |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Martin Smolowitz and his counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Martin Smolowitz

_____
Deborah R. Gross, BBO#546151
Robert P. Frutkin

**LAW OFFICES KENNETH ELAN**          **LAW OFFICES BERNARD M. GROSS, P.C.**
Kenneth Elan                          450 John Wanamaker Bldg.
217 Broadway, Suite 606               Juniper and Market Streets
New York, NY 10007                    Philadelphia, PA 19107
(212) 619-0261                        (215) 561-3600

Attorneys for Martin Smolowitz