UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION ) ) ) ) ) | Case No. 04 cv 10446 RCL<br><br>**JURY TRIAL DEMANDED**<br><br>CLASS ACTION |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Mark G. Forgue and his undersigned counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_Mark D. Forgue_
Mark E. Forgue

_M P. Frut_
Deborah R. Gross, BBO#546151
Robert P. Frutkin
LAW OFFICES BERNARD M. GROSS, P.C.
450 John Wanamaker Bldg.
Juniper and Market Streets
Philadelphia, PA 19107
(215) 561-3600

Lead Counsel