UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE IBIS TECHNOLOGY SECURITIES LITIGATION | ) ) ) | Case No. 04 cv 10446 RCL<br><br>CLASS ACTION |

### LOCAL RULE 16.1(D)(3) CERTIFICATION

The plaintiff and his undersigned counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_/s/ George Harrison_
George Harrison, Plaintiff

_/s/ Peter C. Harrar_
Peter C. Harrar
Aya Bouchedid
Wolf Haldenstein Adler Freeman
  & Herz LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

*Attorneys for Plaintiff George Harrison*

438326