UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                              )
**IN RE IBIS TECHNOLOGY**     )   Case No. 04 cv 10446 RCL
**SECURITIES LITIGATION**     )
                              )   **JURY TRIAL DEMANDED**
                              )
_____)   **CLASS ACTION**

**JOINT MOTION TO EXTEND TIME TO NOTIFY
THE COURT REGARDING MEDIATION**

Lead Plaintiffs and Defendants, by and through their counsel, jointly and respectfully move for an order enlarging the time by which the parties must notify the Court concerning mediation to August 31, 2006. As reasons therefor, the parties state as follows:

1. On May 30, 2006, the Court held a Scheduling Conference during which the Court directed the parties to notify the Court concerning mediation by August 1, 2006.

2. The parties have agreed to meet on July 31, 2006, to explore a possible resolution of the matter.

3. The parties believe they will be in a better position to advise the Court concerning mediation once counsel have met.

**WHEREFORE**, Lead Plaintiffs and Defendants respectfully request that they be permitted until August 31, 2006, to advise the Court concerning mediation.

Dated: July 12, 2006                                             Respectfully submitted,

| | |
|---|---|
| **/s/Theodore M. Hess-Mahan** | **/s/Laura M. Stock** |
| Theodore Hess-Mahan (BBO #454680) | Christine S. Chung (BBO#631724) |
| SHAPIRO HABER & URMY LLP | Laura M. Stock (BBO #652275 |
| Exchange Place | GOODWIN PROCTER LLP |
| 53 State Street | Exchange Place |
| Boston, MA 02109 | Boston, MA 02109 |
| (617) 439-3939 | (617) 570-1000 |
| | |
| Liaison Counsel for Lead Plaintiffs | Counsel for Ibis Technology Corp. and Martin J. Reid |

Robert P. Frutkin
LAW OFFICES BERNARD M.
        GROSS, P.C.
Suite 450, Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA 19102
(215) 561-3600

Lead Counsel for Lead Plaintiffs
LIBA/1714355.1

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 12, 2006.

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan