UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: IBIS TECHNOLOGY                              C.A. No. 04-10446-RCL
SECURITIES LITIGATION

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 225 Franklin Street, 16th Floor
> Boston, MA 02110
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: July 28, 2006                                Respectfully submitted,

                                                    /s/ David Pastor
                                                    David Pastor (BBO # 391000)
                                                    GILMAN AND PASTOR, LLP
                                                    225 Franklin Street, 16th Floor
                                                    Boston, MA 02110
                                                    Telephone: (617) 742-9700
                                                    Facsimile: (617) 742-9701

                                                    Counsel for Plaintiffs