UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE IBIS TECHNOLOGY<br>SECURITIES LITIGATION | ) ) ) ) ) ) ) | Case No. 04 cv 10446 RCL<br><br>**JURY TRIAL DEMANDED**<br><br>CLASS ACTION |

## JOINT REPORT RE: MEDIATION

Lead Plaintiffs and Defendants, by and through their counsel, jointly submit this Report to the Court. The parties have scheduled a mediation on September 27, 2006, before Nicholas H. Politan, retired United States District Judge.

Dated: August 31, 2006                                         Respectfully submitted,

**/s/Theodore M. Hess-Mahan**
Theodore Hess-Mahan BBO #557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

Liaison Counsel for Lead Plaintiffs

**/s/Christine S. Chung**
Christine S. Chung BBO#631724)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Counsel for Ibis Technology Corp. and Martin J. Reid

**/s/Robert P. Frutkin**
Robert P. Frutkin
LAW OFFICES BERNARD M. GROSS, P.C.
Suite 450, Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA 19102
(215) 561-3600

Lead Counsel for Lead Plaintiffs

**Certificate of Service**

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 31, 2006.

                                              **/s/Theodore M. Hess-Mahan**
                                              Theodore M. Hess-Mahan