

## LAW OFFICES
### BERNARD M. GROSS, P.C.

BERNARD M. GROSS
WARREN RUBIN
DEBORAH R. GROSS**
SUSAN R. GROSS***
MICHAEL N. BORISH*
TINA MOUKOULIS*
JAMES L. NEWMAN, JR.*

ROBERT P. FRUTKIN
*Of Counsel*

*ALSO MEMBER OF NJ BAR
**ALSO MEMBER OF MA BAR
***ALSO MEMBER OF FL BAR

October 10, 2006

The Honorable Reginald C. Lindsay
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:   *In Re Ibis Technology Securities Litigation*

Dear Judge Lindsay:

I am writing on behalf of all parties to the above-referenced class action litigation.

We are pleased to report that the parties have reached an agreement in principle to settle the case. The settlement is subject to the negotiation and execution of formal settlement papers, on which the parties are currently working.

Assuming we are successful in consummating the settlement, once the settlement papers are executed, the parties will apply to the Court for preliminary approval, including approval of the form of notice to the class and the setting of a final fairness hearing on the proposed settlement.

We thank the Court for its consideration and patience in this matter.

Respectfully,

LAW OFFICES BERNARD M. GROSS, P.C.
BY:

DEBORAH R. GROSS

DRG:ras

cc:   Brian E. Pastuszenski, Esquire
      Thomas G. Shapiro, Esquire
      Peter Harrar, Esquire

★ SUITE 450, JOHN WANAMAKER BLDG. ★ JUNIPER AND MARKET STS. ★ PHILA., PA 19107 ★ 215-561-3600 ★ FAX 215-561-3000 ★