UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
**IN RE IBIS TECHNOLOGY**             )
**SECURITIES LITIGATION**             )   Civ No. 04-10446 RCL
_____)

SUMMARY NOTICE OF PENDENCY OF CLASS ACTION,
PROPOSED SETTLEMENT AND SETTLEMENT HEARING

  TO:  ALL PURCHASERS OF IBIS TECHNOLOGY CORP. COMMON STOCK BETWEEN JULY 23, 2003 AND DECEMBER 12, 2003, INCLUSIVE (THE "CLASS").

  YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the above-captioned action (the "Action") has been conditionally certified as a class action and that a settlement for $1,900,000.00 has been proposed. A hearing will be held before the Honorable Reginald C. Lindsay, United States District Judge on _____, 2007 at _____:___ __.m. in Courtroom _____ of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210, to determine whether:

  1. The Class should be finally certified for settlement purposes;
  2. A proposed settlement of the Action for $1,900,000.00 plus interest, is fair, reasonable and adequate and should be approved by the Court;
  3. An Order and Final Judgment should be entered dismissing all claims in the Action against the Defendants and dismissing the Action with prejudice, and without costs;
  4. The Plan of Allocation of the Net Settlement Fund should be approved; and
  5. To award attorneys' fees and expenses requested by Plaintiffs' Counsel.

  IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. If you have not yet received the full printed Notice of Pendency of Class Action, Conditional Class Determination, Proposed Settlement of Class Action, Settlement Fairness Hearing, Application For Attorneys' Fees and Right to Share in the Net Settlement Fund, (the "Class Notice") and a Proof of Claim form, you may obtain copies of these documents by contacting:

Ibis Technology Corp. Securities Litigation Fund
c/o Valley Forge Administrative Services, Inc., Claims Administrator
One Aldwyn Center, Third Floor
P.O. Box 220
Villanova, PA 19085
Telephone: (877) 965-3300

Inquiries, other than requests for the forms of Class Notice and Proof of Claim, may be made to: Robert P. Frutkin, Esquire, Law Offices Bernard M. Gross, PC, Suite 450, Wanamaker Building, 100 Penn Square East, Philadelphia, Pennsylvania 19107, Telephone (215) 561-3600, Plaintiffs' Lead Counsel, or to Peter Harrar, Esquire, Wolf Haldenstein Adler Freeman & Herz LLP, 270 Madison Avenue, New York, New York 10016, Telephone (212) 545-4600.

To participate in the settlement, you must submit a Proof of Claim no later than _____, 2007. If you are a Class Member and do not exclude yourself from the Class, you will be bound by the Order and Final Judgment of the Court. To exclude yourself from the Class, you must submit a Request for Exclusion postmarked no later than _____, 2007. If you are a Class Member and do not submit a proper Proof of Claim, you will not share in the settlement but you nevertheless will be bound by the Order and Final Judgment of the Court.

Further information may be obtained by directing your inquiry in writing to the Claims Administrator.

Dated _____          By Order of the Court

LIBA/1748747.1