UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                              )
**IN RE IBIS TECHNOLOGY**         )     Case No. 04 cv 10446 RCL
**SECURITIES LITIGATION**         )
_____)

**RULE 23(e)(2) STATEMENT**

Pursuant to Fed. R. Civ. P. 23(e)(2), Lead Plaintiffs and Defendants, by and through their respective undersigned counsel, state that in connection with the proposed settlement, the parties have entered into a Stipulation and Agreement of Settlement (the "Stipulation"), and a Supplemental Letter agreement, as referred to in Paragraph 34 of the Stipulation, that specifies the aggregate value of shares of Ibis Technology Corp. represented by requests for exclusion from the Settlement Class that would entitle the Defendants to withdraw from the settlement.

Dated: December 6, 2006                       Respectfully submitted,


**/s/Theodore M. Hess-Mahan**                 **/s/Laura M. Stock**
Thomas G. Shapiro (BBO #454680)               Brian S. Pastuszenski (BBO #391030)
Theodore Hess-Mahan (BBO #557109)             Christine S. Chung (BBO #631724)
SHAPIRO HABER & URMY LLP                      Laura M. Stock (BBO #652275)
Exchange Place                                GOODWIN PROCTER LLP
53 State Street                               Exchange Place
Boston, MA 02109                              Boston, MA 02109
(617) 439-3939                                (617) 570-1000

Liaison Counsel for Lead Plaintiffs           Counsel for Defendants Ibis Technology
                                              Corp. and Martin J. Reid

Robert P. Frutkin
LAW OFFICES BERNARD M.
        GROSS, P.C.
Suite 450, Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA 19102
(215) 561-3600

Lead Counsel for Lead Plaintiffs

1

**Certificate of Service**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 6, 2006.

                                                **/s/Theodore M. Hess-Mahan**
                                                Theodore M. Hess-Mahan

LIBA/1749578.1