UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Ibis Technology Securities Litigation | C.A. No. 04-10446 (RCL) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Adam M. Stewart of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for Lead Plaintiffs Martin Smolowitz, George Harrison and Mark Forgue in the above-captioned matter.

Dated: January 4, 2007

Respectfully submitted,

/s/Adam M. Stewart
Adam M. Stewart BBO #661090
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 439-3939

Liaison Counsel for Plaintiffs

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 4, 2007.

/s/Adam M. Stewart
Adam M. Stewart