**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re Ibis Technology Securities Litigation | C.A. No. 04-10446 (RCL) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF**
**THEODORE M. HESS-MAHAN**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3(c), the undersigned counsel hereby withdraws his appearance on behalf of lead plaintiffs and the class in the above-captioned action. Lead plaintiffs and the class will continue to be represented by Shapiro Haber & Urmy LLP in this action. Please remove the above-named attorney from the docket as counsel of record in this action.

Dated: January 5, 2007                          Respectfully submitted,

                                                **/s/Theodore M. Hess-Mahan**
                                                Theodore M. Hess-Mahan, BBO No. 557109
                                                SHAPIRO HABER & URMY LLP
                                                53 State Street
                                                Boston, MA 02109
                                                (617) 439-3939

                                                *Attorneys for Lead Plaintiffs*

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 5, 2007.

                                                **/s/Theodore M. Hess-Mahan**
                                                Theodore M. Hess-Mahan