UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE: IBIS TECHNOLOGY SECURITIES LITIGATION | Civil Action No. 04-10446 RCL |
|---|---|

AFFIDAVIT OF MICHAEL B. MILLER

1.    I am Vice President of Valley Forge Administrative Services, Inc. (VFAS). Pursuant to the Court's January 25, 2007 Preliminary Order in Connection with Settlement Proceedings (the "Notice Order"), VFAS was appointed Claims Administrator to provide services in support of the settlement of the above-referenced matter. These services include: supervising the printing of the Notice of Pendency of Class Action, Conditional Class Determination, Proposed Settlement of Class Action, Settlement Fairness Hearing, Application for Attorneys' Fees and Right to Share in the Net Settlement Fund (collectively the "Notice") and the Proof of Claim, attached hereto as Exhibit A, to the Class; providing Notice and Proof of Claims to the Class; notifying brokerage firms or other nominee accounts of the appropriate manner to provide individual Notice and Proof of Claims to Class members; distributing, accepting and processing Proof of Claims filed by Class members; reviewing submitted claims for accuracy and completeness and to ensure that they are supported by sufficient documentary evidence; providing notice of deficient or rejected claims, when appropriate; calculating recognized losses of the Class, on both an individual and class wide basis; and all other services necessary to administer this class action securities litigation settlement.

2.    In order to provide actual notice to those persons or entities who purchased or otherwise acquired the common stock of Ibis Technology Corp. ("Ibis") during the Class Period,

we sent, by first class mail, the Court-approved Notice and Proof of Claim to all individuals and organizations identified in Ibis' stock transfer records as provided to us by Ibis' former transfer agent, Depository Trust Company, pursuant to this Court's Notice Order. In addition, we mailed the Notice and Proof of Claim to all brokerage companies, banks, trust companies and other institutions contained on our master mailing list of Nominee Account Holders and Institutional Groups. This list consists of 5,980 of the largest banks, brokerage companies, mutual funds, insurance companies, pension funds, and money managers which may have traded Ibis common stock in their own or their clients' portfolios. All Notices and Proof of Claims noted in this paragraph were mailed on February 9, 2007, as required by the Notice Order. See Exhibit B.

3.  The Nominee Account Holders and Institutional Groups (if applicable) were asked to either distribute Notice and Proof of Claims to beneficial holders directly (for which they will be reimbursed), or provide VFAS with lists of the names and addresses of actual or beneficial holders so that VFAS could mail Notice and Proof of Claims directly to them.

4.  The <u>Summary Notice of Pendency of Class Action, Proposed Settlement and Settlement Hearing</u> was published in The Wall Street Journal on Thursday, February 15, 2007. See Exhibit C.

5.  VFAS has established a stand-alone web-site (www.ibissettlement.com) where Class Members may obtain Notice and Proof of Claim forms.

6.  The notice procedures described in paragraphs 2-5 are consistent with the procedures VFAS has used in each of the class action securities litigation cases in which we have functioned as Claims Administrator over the past eighteen years.

7.   To date, VFAS has mailed 9,608 copies of the Notice and Proof of Claim to potential class members. Of that number, VFAS mailed: 5,980 copies of the notice to our master mailing list of Nominee Account Holders and Institutional Groups; 1,196 copies to individuals and organizations identified from information submitted by Ibis' former Transfer Agent; 341 copies in response to requests by individuals or Nominee Account Holders and Institutional Groups; 2,091 and copies to names and addresses of potential claimants provided by Nominee Account Holders and Institutional Groups.

8.   To date, VFAS has not received any requests for exclusion (opt-outs) from the Settlement. Additionally to date, VFAS has not received any objections to the Settlement or Plaintiffs' proposed petition for attorneys' fees.

_____
Michael B. Miller, Vice President
Valley Forge Administrative Services, Inc.

Sworn to and Subscribed before me
this 6th day of April, 2007
in the County of Delaware,
Commonwealth of Pennsylvania

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ELIZABETH M. GRIFFITHS, Notary Public
Radnor Twp., Delaware County
My Commission Expires November 5, 2009

3