UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE IBIS TECHNOLOGY )<br>SECURITIES LITIGATION )<br>) | C.A. No. 04 cv 10446 RCL |

**LEAD PLAINTIFFS' MOTION FOR FINAL DISTRIBUTION OF SETTLEMENT FUND, ACCEPTANCE OF AUTHORIZED CLAIMS AND APPROVAL OF PAYMENT OF TAXES AND ADMINISTRATION EXPENSES AND FEES**

Lead Plaintiffs move for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure to make the final distribution of the remaining settlement funds. This motion is based upon the accompanying memorandum of law, Supplemental Affidavit of Michael B. Miller on behalf of the Claims Administrator, Valley Forge Administrative Services, Inc. and upon all prior proceedings herein,

Dated: February 7, 2008

Respectfully submitted,

s/Thomas G. Shapiro
Thomas G. Shapiro (BBO #454680)
**SHAPIRO HABER & URMY LLP**

53 State Street
Boston, MA 02109
(617) 439-3939

Liaison Counsel for Lead Plaintiffs


Robert P. Frutkin
**LAW OFFICES BERNARD M.
      GROSS, P.C.**
Suite 450, Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA 19102
(215) 561-3600

Lead Counsel for Lead Plaintiffs

**Certificate of Service**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as nonregistered participants on the 7th day of February, 2008.

                                                /s/Thomas G. Shapiro
                                                Thomas G. Shapiro