UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE: IBIS TECHNOLOGY SECURITIES LITIGATION | Civil Action No. 04-10446 RCL |
|---|---|

SUPPLEMENTAL AFFIDAVIT OF MICHAEL B. MILLER

1. This Affidavit is a supplement to my Affidavit of April 6, 2007.

2. I am Vice President of Valley Forge Administrative Services, Inc. (VFAS). Pursuant to the Court's January 25, 2007 Preliminary Order in Connection with Settlement Proceedings (the "Notice Order"), VFAS was appointed Claims Administrator to provide services in support of the settlement of the above-referenced matter. These services include: supervising the printing of the Notice of Pendency of Class Action, Conditional Class Determination, Proposed Settlement of Class Action, Settlement Fairness Hearing, Application for Attorneys' Fees and Right to Share in the Net Settlement Fund (collectively the "Notice") and the Proof of Claim; publishing the Summary Notice on the internet; providing Notice and Proof of Claims to the Class; notifying brokerage firms or other nominee accounts of the appropriate manner to provide individual Notice and Proof of Claims to Class members; distributing, accepting and processing Proof of Claims filed by Class members; reviewing submitted claims for accuracy and completeness and to ensure that they are supported by sufficient documentary evidence; providing notice of deficient or rejected claims, when appropriate; calculating recognized losses of the Class, on both an individual and class wide basis; and all other services necessary to administer this class action securities litigation settlement.

3. VFAS has reviewed each of the Proof of Claim forms submitted in light of the terms of the Stipulation of Settlement in this matter and the guidelines established by plaintiffs' counsel.

4. We have completed a Computerized Listing ("Report") which lists the name, social security or tax identification number, city and state of each claimant including the number assigned to each Proof of Claim form, the dollar amount of the recognized loss and the number of recognized shares for each approved claimant, and the reason for rejection for each claimant whose Proof of Claim form was rejected, and other pertinent data. See Exhibits A, B, C, and D.

5. Of the 232 Proof of Claim forms received, 123 have been adjudged entirely valid with a total Recognized Loss of $2,087,774.80. See Exhibits A and C. There are 109 claimants whose Proof of Claim forms have been rejected in their entirety. See Exhibits B and D.

6. Each Proof of Claim form that was examined and found not to be a proper claim was rejected. Each class claimant whose Proof of Claim form was rejected was sent a rejection notice which advised the specific reason for rejection and the procedure to be followed to contest or seek reconsideration of the rejection as provided for in the Stipulation of Settlement. See Exhibits B-1, B-2 and B-3.

7. None of the claimants whose Proof of Claim form was rejected has, as of this date, contested the rejection.

8. Furthermore, each Proof of Claim form that was discovered to be deficient in any manner was challenged, and the claimant was sent a deficiency letter. The deficiency letters advised the claimant of the nature of the deficiency and of the procedures to be followed to correct the deficiency. See Exhibit B-4. Each of the claimants who submitted a Proof of Claim

form that was deficient or undocumented either in whole or in part was provided with at least two opportunities to correct the deficiencies.

9.  Of the 232 Proof of Claim forms received, 39 Proof of Claim forms were postmarked after May 26, 2007, the last day for the postmark for a submission of the Proof of Claim form. Of these 39 Proof of Claim forms, 8 were valid with a total Recognized Loss of $351,621.01. See Exhibits A-1 and C-1. VFAS and counsel for the plaintiffs believe that it would be fair, reasonable and in the interest of justice to allow the 8 valid, but late, claims to share in the Settlement Fund. Hence the late claims have been processed by VFAS under the same guidelines applied to timely claims.

10. The Settlement Fund has incurred processing fees and expenses for administering the Settlement; effectuating the distribution of the Settlement Fund; services regarding accounting and tax matters; reconciliation of settlement fund records; reimbursement of out-of-pocket expenses, etc. totaling $55,244.11. See Exhibit E.

11. Based on the foregoing, VFAS respectfully requests approval for payment of these fees and expenses from the Settlement Fund. To date, VFAS has not received any payment for its work in this matter.

_____
Michael B. Miller, Vice President
Valley Forge Administrative Services, Inc.

Sworn to and Subscribed before me
this 5th day of February, 2008
in the County of Delaware,
Commonwealth of Pennsylvania

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ELIZABETH M. GRIFFITHS, Notary Public
Radnor Twp., Delaware County
My Commission Expires November 5, 2009

## **Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as nonregistered participants on the 7th day of February, 2008.

/s/Thomas G. Shapiro
Thomas G. Shapiro

Exhibit A

## VALLEY FORGE ADMINISTRATIVE SERVICES, INC.
ONE ALDWYN CENTER * P.O. BOX 220
VILLANOVA, PENNSYLVANIA 19085
TOLL FREE 877/965-3300
PHONE 610/520-0866
FAX 610/520-0854
info@vfas.net

SUMMARY REPORT OF THE SETTLEMENT ADMINISTRATOR
(February 5, 2008)

IBIS TECHNOLOGY SECURITIES LITIGATION
Civil Action No. 04-10446 RCL

| | |
|---|---|
| Total Number of Claims Received | 232 |
| Total Number of Rejected Claims | 109 |
| Total Number of Approved Claims | 123 |
| Total Recognized Shares | 1,150,330 |
| Total Recognized Share Loss | $2,087,774.80 |

<u>Exhibit A-1</u>

<u>VALLEY FORGE ADMINISTRATIVE SERVICES, INC.</u>
ONE ALDWYN CENTER * P.O. BOX 220
VILLANOVA, PENNSYLVANIA 19085
TOLL FREE 877/965-3300
PHONE 610/520-0866
FAX 610/520-0854
info@vfas.net

SUMMARY REPORT OF THE SETTLEMENT ADMINISTRATOR
(February 5, 2008)

IBIS TECHNOLOGY SECURITIES LITIGATION
Civil Action No. 04-10446 RCL

Late Filed Claims were as follows:

| | |
|---|---|
| Total Number of Late Filed Claims Received | 39 |
| Total Number of Late Filed Rejected Claims | 31 |
| Total Number of Late Filed Approved Claims | 8 |
| Total Recognized Shares Late Filed Claims | 153,400 |
| Total Recognized Loss Late Filed Claims | $351,621.01 |

Exhibit B

## VALLEY FORGE ADMINISTRATIVE SERVICES, INC.
ONE ALDWYN CENTER * P.O. BOX 220
VILLANOVA, PENNSYLVANIA 19085
TOLL FREE 877/965-3300
PHONE 610/520-0866
FAX 610/520-0854
info@vfas.net


SUMMARY REPORT OF THE SETTLEMENT ADMINISTRATOR
(February 5, 2008)

IBIS TECHNOLOGY SECURITIES LITIGATION
Civil Action No. 04-10446 RCL

Rejected Claims were as Follows:

| | |
|---|---|
| No Loss | 99 |
| No Proof of Trades | 10 |
| Total | 109 |

Exhibit B-1

## VALLEY FORGE ADMINISTRATIVE SERVICES, INC.
ONE ALDWYN CENTER * P.O. BOX 220
VILLANOVA, PENNSYLVANIA 19085
TOLL FREE 877/965-3300
PHONE 610/520-0866
FAX 610/520-0854
info@vfas.net

CLAIM #

August 1, 2007

# NOTICE OF REJECTION
IBIS TECHNOLOGY SECURITIES LITIGATION
Civil Action No. 04-10446 RCL

Dear Claimant,

You submitted a <u>PROOF OF CLAIM</u> for the IBIS Technology Securities Litigation. Your claim did not suffer a Recognized Loss as defined in the <u>NOTICE OF SETTLEMENT OF CLASS ACTION</u>, pages 4-5, "PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AMONG CLASS MEMBERS". Therefore, we must **<u>REJECT</u>** your claim.

A Class Member's Recognized Loss is calculated as follows:
(a) For Ibis common stock purchased during the Class Period and held through the end of the Class Period, the Recognized Loss shall mean the difference (excluding brokerage commissions and transaction charges), if any, between the price paid for the shares and $12.88 per share, which is the weighted average trading price of Ibis common stock during the ninety days following the end of the Class Period.
(b) For Ibis common stock purchased during the Class Period at a price less than or equal to $12.88 per share, the Recognized Loss shall be zero.
(c) For Ibis common stock purchased during the Class Period and sold before the end of the Class Period, the Recognized Loss shall be zero.

This REJECTION may be final on **August 22, 2007**.

If you believe this Rejection is a mistake, please call us. If you want to dispute this Rejection, you can request a review of your claim by the Court. If you seek a review by the Court, you must call us for instructions.

If you have any questions about your claim, please call or email us. If you call us, please have your Claim Number ready, it is at the top left corner of this letter.

Thank you.

Exhibit B-2

**VALLEY FORGE ADMINISTRATIVE SERVICES, INC.**
ONE ALDWYN CENTER * P.O. BOX 220
VILLANOVA, PENNSYLVANIA 19085
TOLL FREE 877/965-3300
PHONE 610/520-0866
FAX 610/520-0854
info@vfas.net

CLAIM #

August 1, 2007

# NOTICE OF REJECTION
IBIS TECHNOLOGY SECURITIES LITIGATION
Civil Action No. 04-10446 RCL

Dear Claimant,

You submitted a <u>PROOF OF CLAIM</u> for the IBIS Technology Securities Litigation. As the <u>Request for Information</u> we sent to you on July 2, 2007: Your claim does not include all of the information necessary for us to determine your share of the Net Settlement Fund. Therefore, we must **REJECT** your claim.

To have a valid claim and receive any of the Net Settlement Fund, please send us any <u>one</u> of the following:

1. Copies of brokerage confirmations slips showing your name, security name or CUSIP, date of transactions, number of shares, and cost or sale price.
2. Copies of brokerage statements showing <u>Trade Activity</u> (NOT portfolio positions), and your name, security name or CUSIP, date of transactions, number of shares, and cost or sale price.
3. Copies of IRS tax documents showing your name, security name or CUSIP, date of transactions, number of shares, cost and sale price.
4. Notarized letter from your broker showing your name, security name or CUSIP, date of transactions, number of shares, cost and sale price.
5. Other documents (not produced by you) that **clearly** show date of transactions, number of shares, cost of shares, sale price ("ID confirms" are not proof), and your name, security name or CUSIP.

This information must be postmarked on or before **August 22, 2007**.

If you believe this Rejection is a mistake, please call us. If you want to dispute this Rejection, you can request a review of your claim by the Court. If you seek a review by the Court, you must call us for instructions.

If you call us, please have your Claim Number ready, it is at the top left corner of this letter.

Thank you.

Exhibit B-3

<u>VALLEY FORGE ADMINISTRATIVE SERVICES, INC.</u>
ONE ALDWYN CENTER * P.O. BOX 220
VILLANOVA, PENNSYLVANIA 19085
TOLL FREE 877/965-3300
PHONE 610/520-0866
FAX 610/520-0854
info@vfas.net

CLAIM #

September 3, 2007

## **FINAL NOTICE OF REJECTION**
IBIS TECHNOLOGY SECURITIES LITIGATION
Civil Action No. 04-10446 RCL

Dear Claimant,

You submitted a <u>PROOF OF CLAIM</u> for the IBIS Technology Securities Litigation. Your claim was deemed not valid and rejected. A <u>Notice of Rejection</u> letter was mailed to you on August 1, 2007. We have not yet received a response correcting the deficiency with your claim, or disputing our finding that you did have a Recognized Loss.

The REJECTION of your claim will be final on **September 24, 2007.**

If you believe this Rejection is a mistake, please call us. If you want to dispute this Rejection, you can request a review of your claim by the Court. If you seek a review by the Court, you must call us for instructions.

If you have any questions about your claim, please call or email us. If you call us, please have your Claim Number ready, it is at the top left corner of this letter.

Thank you.

Exhibit B-4

<u>VALLEY FORGE ADMINISTRATIVE SERVICES, INC.</u>
ONE ALDWYN CENTER * P.O. BOX 220
VILLANOVA, PENNSYLVANIA 19085
TOLL FREE 877/965-3300
PHONE 610/520-0866
FAX 610/520-0854
info@vfas.net

CLAIM #

July 2, 2007

## REQUEST FOR INFORMATION
IBIS TECHNOLOGY SECURITIES LITIGATION
Civil Action No. 04-10446 RCL

Dear Claimant,

You submitted a <u>PROOF OF CLAIM</u> for the IBIS TECHNOLOGY SECURITIES LITIGATION. Your claim does not include all of the documents necessary for us to determine your share of the Net Settlement Fund.

To have a valid claim and receive any of the Net Settlement Fund, please send us any <u>one</u> of the following:

1. Copies of brokerage confirmations slips showing your name, security name or CUSIP, date of transactions, number of shares, and cost or sale price.
2. Copies of brokerage statements showing <u>Trade Activity</u> (NOT portfolio positions), and your name, security name or CUSIP, date of transactions, number of shares, and cost or sale price.
3. Copies of IRS tax documents showing your name, security name or CUSIP, date of transactions, number of shares, cost and sale price.
4. Notarized letter from your broker showing your name, security name or CUSIP, date of transactions, number of shares, cost and sale price.
5. Other documents (not produced by you) that **clearly** show date of transactions, number of shares, cost of shares, sale price ("ID confirms" are not proof), and your name, security name or CUSIP.

The requested information, and a copy of this letter must be returned to us for your claim to be valid. If you do not send us this information, your claim will be **REJECTED**, and you will not be able to receive any of the Net Settlement Fund.

This information must be postmarked on or before **July 23, 2007**.

If you call us, please have your Claim Number ready, it is at the top left corner of this letter.

Thank you.

IBIS Technology Securities Litigation
Timely, Valid Claims

Exhibit C

| CLAIM NUM | NAME | | CITY | STATE | RECOGNIZED LOSS | RECOGNIZED SHARES | PRECENT OF AGGREGATE |
|---|---|---|---|---|---|---|---|
| 2 | MARK G. FORGUE | | GREELEY | CO | $1,134.00 | 360 | 0.0543162031% |
| 3 | LYNN CLEAVER | | FLORIDA PARK | NY | $175.50 | 700 | 0.008406079% |
| 4 | F/B/O JANE STREET CAPITAL LLC | CLAIMS COMPENSATION BUREAU | CONSHOHOCKEN | PA | $1,810.00 | 500 | 0.086695174% |
| 5 | BARBARA A ESLINGER | | THORNTON | CO | $1,335.00 | 500 | 0.063946782% |
| 6 | DAVID SCHMITT | | NEW YORK CITY | NY | $368.00 | 1,200 | 0.017626422% |
| 7 | PAUL T RUYIN | JOANNE C RUYIN | CHICAGO | IL | $20,316.50 | 5,000 | 0.973174071% |
| 9 | BRETT BORSERSEN | | WEST PALM BEACH | FL | $2,028.00 | 1,500 | 0.097135913% |
| 10 | JOSEPH DELELLIS | | LAFAYETTE | CO | $142.00 | 50 | 0.006801499% |
| 11 | LUTHERAN BROTHERHOOD OPPORTUNITY GROWTH FUND RF12 | FUND ACCTING 0PS-Z2 A. LYNCH | APPLETON | WI | $48,612.26 | 30,500 | 2.328245025% |
| 12 | LB SERIES OPPORTUNITY GROWTH PORTFOLIO RF04 | FUND ACCTING OPS-Z2 A. LYNCH | APPLETON | WI | $84,986.48 | 53,300 | 4.070672755% |
| 13 | UMB BANK N.A. A#3410687K4 | THT-P WILSON | KANSAS CITY | MO | $20,315.00 | 5,000 | 0.973045560% |
| 14 | UMB BANK N.A. A#523550002 | JAMES B JUDD IRA | KANSAS CITY | MO | $231.00 | 1,150 | 0.011064411% |
| 15 | UMB BANK N.A. A#740103007 | THE CHOICE FOCUS FUND | KANSAS CITY | MO | $6,140.00 | 5,000 | 0.294093021% |
| 16 | JOHN MARSHAL | HELEN MARSHAL | FORT WORTH | TX | $2,724.00 | 1,200 | 0.130473842% |
| 17 | WELLS FARGO BANK NA TTEE FBO: | HILL, DALE L. IRA ACCT # 14-1032-01 | MINNEAPOLIS | MN | $8,709.60 | 2,000 | 0.417171430% |
| 19 | MARSHALL & ILSLEY TR CO TTEE | FBO: JEWISH COM FDN/INVT POOL-US BANK | MILWAUKEE | WI | $3,019.06 | 1,070 | 0.144606401% |
| 20 | BANK OF AMERICA AS FIDUCIARY | CUST S MARK TAPER FDN | DALLAS | TX | $9,508.36 | 3,800 | 0.455430346% |
| 21 | ROBERT L BALL | YVONNE A BALL | ANAHEIM | CA | $2,054.00 | 500 | 0.098382258% |
| 23 | JOSEPH D LAVECCHIA | | SCARSDALE | NY | $5,465.00 | 1,200 | 0.261761948% |
| 25 | AIC 02 01 100 0713322 | IBEW 58 ANNUITY FD NICH MINI | DETROIT | MI | $11,029.38 | 10,700 | 0.528283989% |
| 26 | AIC 02 01 100 0600507 | IBEW 58 PENSION FD-NICHOLAS | DETROIT | MI | $16,120.38 | 165,000 | 0.772132128% |
| 31 | THE BANK OF NEW YORK AS TRUSTEE FOR ACCOUNT 867978 | UNISYS_NICHOLAS APPLEGATE | NEW YORK | NY | $18,681.66 | 18,700 | 0.894812026% |
| 33 | LOUIS F. MATHESON JR. | | SNOHOMISH | WA | $4,270.00 | 1,000 | 0.204523974% |
| 34 | HOWARD A. RAUCH | | JERICHO | NY | $3,912.40 | 2,000 | 0.187396904% |
| 35 | PNC FBO: 34-34-012-0312069 | US MICRO CAP SERIES | PHILADELPHIA | PA | $15,531.85 | 9,513 | 0.743942747% |
| 36 | PNC FBO: 34-34-012-0312514 | US SMALL CAP SERIES | PHILADELPHIA | PA | $4,670.00 | 4,400 | 0.223683129% |
| 37 | JACK H. PAPAZIAN | | AMBLER | PA | $1,130.00 | 1,000 | 0.054124611% |
| 38 | JEFFREY WILENS | THERESA WILENS | YORBA LINDA | CA | $2,390.00 | 1,000 | 0.114475948% |
| 40 | VANGUARD EXTENDED MARKET INDEX FUND | THE VANGUARD GROUP | VALLEY FORGE | PA | $23,965.31 | 8,600 | 1.147876936% |
| 41 | MUTUAL OF AMERICA | UNITED WAY SOUTHEASTERN MIGHIGAN - NATIONAL CITY | NEW YORK | NY | $4,591.06 | 3,850 | 0.219902165% |
| 48 | RONALD HOFF | BABETTE HOFF | LONG BEACH | NY | $1,072.00 | 500 | 0.051346534% |
| 56 | FRANCES M. REED | | DENNISPORT | MA | $800.00 | 400 | 0.038318309% |
| 58 | GEORGE JAMES BODE | | CINCINNATI | OH | $4,133.43 | 3,000 | 0.197982560% |
| 59 | KARL MOLLIN | | NEW ROCHELLE | NY | $1,735.00 | 500 | 0.083102832% |
| 61 | EARL E. NELSON | CAROL NELSON | REDMOND | OR | $688.00 | 200 | 0.032953745% |
| 63 | GARI-JO MCCORNOCK | | ALTADENA | CA | $760.00 | 500 | 0.036402393% |
| 64 | GARI-JO MCCORNOCK | | ALTADENA | CA | $382.50 | 250 | 0.018320941% |
| 65 | MICHAEL A. PETRUZILLO | | MANHASSET | NY | $11,127.91 | 6,900 | 0.533003368% |
| 66 | EILEEN M. PETRUZILLO & | MICHAEL A. PETRUZILLO DDS | MANHASSET | NY | $7,740.00 | 2,000 | 0.370729640% |
| 67 | EILEEN PETRUZILLO | | MANHASSET | NY | $4,475.00 | 25,000 | 0.214343041% |
| 69 | SEYMOUR JACK SPEISMAN | | LITTLE NECK | NY | $1,935.00 | 500 | 0.092682410% |
| 70 | JACK R. FELDMAN | | NORTH HALEDON | NJ | $1,179.50 | 500 | 0.056495556% |
| 71 | GILDENHORN, MICHAEL S. AND CATHERINE Z. | C/O SEI PRIVATE TRUST | OAKS | PA | $4,140.00 | 1,000 | 0.198297249% |
| 72 | ALAN ROSENBLOOM | YUONNE DENIGRIS | NEW YORK | NY | $1,362.00 | 300 | 0.065236921% |
| 73 | ALAN SIRKIM | | MIAMI | FL | $2,084.00 | 600 | 0.099819195% |

Exhibit C

IBIS Technology Securities Litigation
Timely, Valid Claims

| CLAIM NUM | NAME | | CITY | STATE | RECOGNIZED LOSS | RECOGNIZED SHARES | PRECENT OF AGGREGATE |
|---|---|---|---|---|---|---|---|
| 74 | DIANE J HAYWARD | | WHITE PLAINS | NY | $297.00 | 100 | 0.014225672% |
| 76 | CARL W. HALLMANN JR. | KATHLEEN A. HALLMANN | KANSAS CITY | MO | $1,016.00 | 400 | 0.048642525% |
| 77 | HENRY PETER ZIMBELMANN | | PALM BEACH | FL | $575.00 | 500 | 0.027541284% |
| 78 | DRACHTEN, LP | THOMSON HORSTMANN & BRYANT C/O DRACHTEN | SADDLE BROOK | NJ | $2,740.00 | 2,000 | 0.131240208% |
| 79 | PEAK 6 CAPITAL MANAGEMENT LLC | ATTN: CLASS ACTION LIAISON | CHICAGO | IL | $27,655.68 | 19,982 | 1.324648616% |
| 80 | JUDE RYAN | GAIL M. RYAN | BROOMALL | PA | $679.80 | 200 | 0.032560983% |
| 86 | GERTRUDE SCHWARTZ | | STATEN ISLAND | NY | $1,183.99 | 650 | 0.056710618% |
| 88 | WEXFORD SPECTRUM INVESTORS LLC | | GREENWICH | CT | $874.66 | 200 | 0.041894365% |
| 89 | ALEXANDER PAUL KOCSY | | STRAFFORD | PA | $2,262.00 | 600 | 0.108345018% |
| 91 | ROSEMARY DINARDO | | SURPRISE | AZ | $1,485.00 | 500 | 0.071128361% |
| 94 | NANCY W. KETTERER | | WABAN | MA | $20,316.50 | 5,000 | 0.973117407% |
| 95 | JOHN GILLISPIE | | WILMORE | KY | $935.75 | 330 | 0.044820351% |
| 96 | JOHN GILLISPIE IRA | | WILMORE | KY | $1,425.00 | 475 | 0.068254488% |
| 97 | JOHN GILLISPIE JTWROS | | WILMORE | KY | $5,340.00 | 1,780 | 0.255774712% |
| 98 | R MARSHALL DARK JR. | | NEBO | NC | $1,959.00 | 1,000 | 0.093831959% |
| 99 | ALI MEHDI | | EUGENE | OR | $11,310.00 | 3,000 | 0.541725094% |
| 100 | ALI MOKBEL | | FARMIGTON | MI | $6,340.00 | 2,000 | 0.303672599% |
| 101 | LUIS VICENTE | | BAY HARBOR ISLAND | FL | $1,967.00 | 500 | 0.094215142% |
| 105 | RICHARD TREAT | | GOLDEN | CO | $3,340.00 | 1,000 | 0.159978940% |
| 114 | DEUTSCHE BANK SECURITIES | ATTN: J. RENDALL | LONDON, ENGLAND EC2A-2AL | | $58,768.10 | 20,112 | 2.814867968% |
| 115 | SARAH E TREAT | | GOLDEN | CO | $3,340.00 | 1,000 | 0.159978940% |
| 145 | EDWARD S. TALLMADGE | 000012033201 | MILWAUKEE | WI | $875.39 | 110 | 0.041929330% |
| 146 | MILWAUKEE FOUNDATION | 000014023108 | MILWAUKEE | WI | $3,358.76 | 480 | 0.160877504% |
| 147 | FIRST AMERICAN SMALL CAP GROWTH | 000014082800 | MILWAUKEE | WI | $307,773.11 | 72,400 | 14.741681430% |
| 148 | U.S. BANK N.A. AS CUSTODIAN OF | 000014281804 | MILWAUKEE | WI | $2,483.38 | 600 | 0.118946529% |
| 149 | U.S. BANK N.A. AS CUSTODIAN OF THE | 000014282407 | MILWAUKEE | WI | $2,652.49 | 940 | 0.127048664% |
| 150 | JOHN J FRAUTSCHI | 000016021402 | MILWAUKEE | WI | $15,717.52 | 5,570 | 0.752835986% |
| 151 | LYNDHURST ASSOCIATES MICROCAP | 000016125400 | MILWAUKEE | WI | $4,118.87 | 1,460 | 0.197285167% |
| 152 | POSNER PARTNERS MICROCAP AGENCY | 000016174200 | MILWAUKEE | WI | $4,626.64 | 1,640 | 0.221606276% |
| 153 | RICHARD D WATERFIELD - SMALL CAP | 040005517603 | MILWAUKEE | WI | $1,493.52 | 530 | 0.071536451% |
| 154 | CITY OF SPRINGFIELD, MISSOURI | 060006256804 | MILWAUKEE | WI | $2,343.90 | 830 | 0.112267855% |
| 155 | HENRY POSNER III AGENCY | 080006660100 | MILWAUKEE | WI | $1,074.56 | 380 | 0.051469152% |
| 156 | PAUL M POSNER AGENCY | 080006660200 | MILWAUKEE | WI | $1,214.04 | 430 | 0.058149949% |
| 157 | FIRST AMERICAN INSURANCE PORTFOLIOS | 19-2478 | MILWAUKEE | WI | $2,032.39 | 720 | 0.097347118% |
| 158 | THE TECHNOLOGY PLUS FUND | 19-9212 | MILWAUKEE | WI | $10,568.12 | 8,800 | 0.506190610% |
| 160 | ENDEAVOUR L.P. | 19-97356730 | MILWAUKEE | WI | $2,241.61 | 800 | 0.107363380% |
| 161 | OREGON RETAIL EMPLOYEES PENSION | 97355606 | MILWAUKEE | WI | $6,602.22 | 2,340 | 0.316232382% |
| 168 | STATE STREET BANK & TRUST COMPANY | 591Y | NORTH QUINCY | MA | $61,065.00 | 62,400 | 2.924884427% |
| 171 | STATE STREET BANK & TRUST COMPANY | QAMG | NORTH QUINCY | MA | $16,878.80 | 19,300 | 0.904254616% |
| 173 | STATE STREET BANK & TRUST COMPANY | SW9P | NORTH QUINCY | MA | $34,966.40 | 61,100 | 1.674816651% |
| 174 | 03-67459 | RICHARD H. DRIEHAUS COLLATERA | CHICAGO | IL | $44,448.00 | 9,600 | 2.128965250% |
| 175 | 17-04356 | TNT-LDN-IAC01-LIDO IACCOCA DFA | CHICAGO | IL | $441.70 | 100 | 0.021156464% |
| 179 | 22-55942 | STATE UNIVERSITIES RETIREMEN | CHICAGO | IL | $88.50 | 300 | 0.004239629% |
| 180 | 26-01716 | SR MINI CAP FUND LP (MINI CA | CHICAGO | IL | $4,900.48 | 4,900 | 0.234722633% |
| 181 | 26-01806 | D DIMATTEO JR IRREV TR 7/21/8 | CHICAGO | IL | $985.93 | 900 | 0.047223963% |

IBIS Technology Securities Litigation
Timely, Valid Claims

Exhibit C

| CLAIM NUM | | NAME | CITY | STATE | RECOGNIZED LOSS | RECOGNIZED SHARES | PRECENT OF AGGREGATE |
|---|---|---|---|---|---|---|---|
| 182 | 26-01827 | D DIMATTEO JR IRREV TRUST 7/ | CHICAGO | IL | $985.93 | 900 | 0.0472239630% |
| 183 | 26-01828 | D DIMATTEO JR IRREV TRUST 7/ | CHICAGO | IL | $985.93 | 900 | 0.0472239630% |
| 184 | 26-01831 | D DIMATTEO JR IRREV TRUST 7/ | CHICAGO | IL | $771.76 | 800 | 0.0369656727% |
| 185 | 26-01832 | D DIMATTEO JR IRREV TRUST 7/ | CHICAGO | IL | $1,022.93 | 1,000 | 0.0489961848% |
| 187 | 26-13157 | TCS GLOBAL HOLDINGS, L.P. - N. | CHICAGO | IL | $4,312.31 | 4,600 | 0.2065505341% |
| 190 | 26-38568 | TNT AS CUST FOR THE SCHWAR | CHICAGO | IL | $2,529.45 | 2,500 | 0.1211553085% |
| 191 | 26-45820 | MAF DRIEHAUS | CHICAGO | IL | $5,504.72 | 856 | 0.2636645277% |
| 194 | 26-46549 | NTGI-QM COLLECTIVE DAILY US | CHICAGO | IL | $2,140.84 | 2,327 | 0.1025417109% |
| 207 | | AMY AMICO | NEW HARTFORD | NY | $23,965.31 | 8,600 | 1.1478876936% |
| 208 | | MARTIN SMOLOWITZ | PORT WASHINGTON | NY | $690.00 | 200 | 0.0330495416% |
| 209 | | GERTRUDE A KUELL REVOC TRUST UA 10-08-91 GERTRUDE A KUELL TR | NEW SMYRNA BEACH | FL | $4,370.00 | 1,000 | 0.2093137632% |
| 210 | | NATIONAL CITY BANK CUST GAR FOUNDATION | CLEVELAND | OH | $1,527.51 | 1,200 | 0.0731645003% |
| 211 | | ALLEGIANT SMALL CAP TR#01-750330003 | | | $88,147.20 | 68,700 | 4.2220645637% |
| 212 | | ALLEGIANT BAL ALLOCATION FUND TR#01-750191009 | | | $2,301.51 | 1,735 | 0.1102374643% |
| 213 | | UNITED ASSOCIATION TR#01-51R107007 | | | $1,232.10 | 1,850 | 0.0590149857% |
| 215 | | UFCW UN & PACT EMP FRIESS MERCANTILE SAFE DEPOSIT & TRUST CO | BALTIMORE | MD | $4,118.87 | 1,460 | 0.1972851670% |
| 219 | | NISSEN & MEYER CPAS 401K PLAN FBO RICK NISSEN | REDMOND | OR | $1,790.00 | 1,000 | 0.0857372165% |
| 222 | | GEORGE HARRISON | PARKLAND | FL | $1,660.00 | 500 | 0.0795104913% |
| 223 | | MELLON GLOBAL SECURITIES SERVICE AS AGT FOR: RAYF5079002: RAYTHEON MASTER PEN. TRUS | PITTSBURGH | PA | $352,492.60 | 128,000 | 16.8836504780% |
| 224 | | MELLON GLOBAL SECURITIES SERVICE AS AGT: RAYF2906002: RAYTHEON CO COMB DB/DC MASTER | PITTSBURGH | PA | $70,770.40 | 32,000 | 3.3897525729% |
| 225 | | MELLON GLOBAL SECURITIES SERVICE AS AGT: PRMF1000002: COMMONWEALTH OF MASS. | PITTSBURGH | PA | $3,608.80 | 1,300 | 0.1728538921% |
| 226 | | MELLON GLOBAL SECURITIES SERVICE AS AGT: MURF4103002: MJ MURDOCK CHARITABLE TRUST | PITTSBURGH | PA | $9,327.79 | 9,500 | 0.4467814249% |
| 227 | | MELLON GLOBAL SECURITIES SERVICE AS AGT: GPFF3000002: GALILEO SMALL MID CAP FUND | PITTSBURGH | PA | $65,522.32 | 15,000 | 3.1383806338% |
| 228 | | MELLON GLOBAL SECURITIES SERVICE AS AGT: FPCF1008002: FIRE AND POLICE PENSION ASSOC | PITTSBURGH | PA | $18,624.76 | 6,600 | 0.8920866369% |
| 229 | | HARRY TURNER VIOLET TURNER | NEWARK | OH | $10,008.80 | 4,000 | 0.4794003644% |
| | | | | TOTAL | $1,736,153.79 | 996,930 | 83.1580968072% |

IBIS Technology Securities Litigation
Valid, Late-filed Claims

Exhibit C-1

| CLAIM NUM | NAME | | CITY | STATE | RECOGNIZED LOSS | RECOGNZED SHARES | PERCENTAGE OF AGGREGATE | POSTMARK DATE |
|---|---|---|---|---|---|---|---|---|
| 84 | ANGELIQUE ENGSTROM | | MOUNTAIN VIEW | CA | $8,175.00 | 2,500.00 | 0.3915652% | 06/04/2007 |
| 129 | PERSHING LLC | 1372672897 | NEW YORK | NY | $4,475.00 | 1,250.00 | 0.21434304% | 05/30/2007 |
| 130 | PERHSING LLC | 1372672996 | NEW YORK | NY | $4,475.00 | 1,250.00 | 0.21434304% | 05/30/2007 |
| 162 | SANDLER ASSOCIATES | | NEW YORK | NY | $185,955.81 | 64,500.00 | 8.90689025% | 05/30/2007 |
| 163 | SANDLER OFFSHORE, INC | C/O SANDLER CAPITAL | NEW YORK | NY | $92,256.96 | 32,000.00 | 4.41891338% | 05/30/2007 |
| 164 | SANDLER ASSOCIATES II | SANDLER CAPITAL MANAGEMENT | NEW YORK | NY | $10,090.24 | 3,500.00 | 0.48330117% | 05/30/2007 |
| 220 | COLLAN CORPORATION | ROBERT OFFERLE, SECY/TREAS | TUCSON | AZ | $2,250.00 | 500.00 | 0.10777024% | 08/13/2007 |
| 221 | NICHOLAS APPLEGATE CAPITAL MGMT | FBO: N-A MINI CAP #230 | SAN DEIGO | CA | $43,943.00 | 47,900.00 | 2.10477682% | 07/24/2007 |
| | | | | TOTAL | $351,621.01 | 153,400.00 | 16.84% | |

EXHIBIT D

IBIS Technology Securities Litigation
Rejected Claims, Reason for Rejection

| CLAIM NO. | NAME | | CITY | STATE | REASON FOR REJECTION |
|---|---|---|---|---|---|
| 8 | LINDA VALENTINO | | BROOKLYN | NY | NO LOSS |
| 18 | WELLS FARGO BANK NA TTEE FBO: COTTAGE HEALTH-STERLING JOHNSTON DB ACCOUNT #4119045-019 | | MINNEAPOLIS | MN | NO LOSS |
| 22 | JOSEPH D LAVECCHIA | | SCARSDALE | NY | NO LOSS |
| 24 | LESLIE L LAVECCHIA | LESLIE L LAVECCHIA | SCARSDALE | NY | NO LOSS |
| 27 | MARY ANN KIRBY | | ROSEVILLE | MN | NO PROOF |
| 28 | THE BANK OF NEW YORK AS TRUSTEE FOR ACCOUNT 705286 | L-3 COMMUNICATIONS GRUBER/MCBAINE | NEW YORK CITY | NY | NO LOSS |
| 29 | THE BANK OF NEW YORK AS TRUSTEE FOR ACCOUNT#319138 | SANTA BARBARA HOSPITAL | NEW YORK | NY | NO LOSS |
| 30 | THE BANK OF NEW YORK AS TRUSTEE FOR ACCOUNT 651653 | TTEES HAMILTON COLLEGE | NEW YORK | NY | NO LOSS |
| 32 | FRANK V. TORRES | | HIGHLANDS RANCH | CO | NO LOSS |
| 39 | ELLIOT K. WOLK FAMILY LIMITED PARTNERSHIP | | SCARSDALE | NT | NO LOSS |
| 42 | RICHARD S. LANDAU | | PROVIDENCE | RI | NO PROOF |
| 43 | BO IN SEO | | IRVING | CA | NO PROOF |
| 44 | BERNADETTE CONIGLIO | | BOCA RATON | FL | NO PROOF |
| 45 | RAYMOND L STUBBS | ARLETTA A STUBBS | STURGEON | MO | NO PROOF |
| 46 | WILLIS J CHAULK | | FORT WORTH | TX | NO LOSS |
| 47 | RONALD HOFF | | LONG BEACH | NY | NO LOSS |
| 49 | RHYS WILLIAMS | | HAVERFORD | PA | NO LOSS |
| 50 | LISA S. LAM-TONG | | PACIFICA | CA | NO LOSS |
| 51 | GERALD RUBIN | | EL PASO | TX | NO LOSS |
| 52 | VICTOR EQUITY HUB FUND LTD. | C/O COLUMBIA PARTNERS, LLC. | WASHINGTON | DC | NO LOSS |
| 53 | LINDA SABELLA | | BAYSIDE HILLS | NY | NO LOSS |
| 54 | RICHARD SABELLA | | BAYSIDE HILLS | NY | NO LOSS |
| 55 | ROSENBERG MARKET NEUTRAL FUND LP | AXA ROSENBERG INVESTMENT MANAGEMENT LLC | ORINDA | CA | NO LOSS |
| 57 | EDWARD ALTHAVER | MARY ALTHAVER | HOWELL | NJ | NO LOSS |
| 60 | JOHN C. GAGE JR. | | NAPLES | FL | NO LOSS |
| 62 | JOSEPH PICKERING | | RAUBSVILLE | PA | NO PROOF |
| 68 | JEFFREY L. ROSENTHAL | | RIVERDALE | NY | NO LOSS |
| 75 | CHARLES W. KLEIN | | MANITOWOL | WI | NO PROOF |
| 81 | DOLORES KORN | | BROOKLYN | NY | NO LOSS |
| 82 | ANTHONY F. TAURASI JR. | DEBORAH A. TAURASI | DANVERS | MA | NO PROOF |
| 83 | DIANE WINIGER | | NEW YORK | NY | NO LOSS |
| 85 | ALFRED BERENBERG | | DELRAY BEACH | FL | NO LOSS |
| 87 | ROBERT HARVEY | | GLASGOW | KY | NO LOSS |
| 90 | RUSSELL GEE | | SAN JOSE | CA | NO LOSS |
| 92 | STEVEN W. MERRILL | C/O STEVE MERRILL | JARRETTSVILLE | MD | NO LOSS |
| 93 | LONDONWOOD COMPANY INC. | | BALTIMORE | MD | NO LOSS |
| 102 | PATRICIA A. COSTELLO | CGM IRA CUSTODIAN | STATEN ISLAND | NY | NO PROOF |
| 103 | BYRON RUBIN | | DALLAS | TX | NO LOSS |
| 104 | WILLIAM MITNICK | | EAST MEADOW | NY | NO PROOF |
| 106 | METZLER INVESTMENT CMBH | C/O DIAZ REUS ROLFF & TARG LLP   FILE 1664-001 | MIAMI | FL | NO LOSS |
| 107 | DAVID KOENIG | | BOYNTON BEACH | FL | NO LOSS |
| 108 | DEUTSCHE BANK SECURITIES INC. | C/O GEORGE WEISS ASSOC. INC. | HARTFORD | CT | NO LOSS |
| 109 | SUSQUEHANNA CAPITAL GROUP | | BALA CYNWYD | PA | NO LOSS |
| 110 | SUSQUEHANNA FINANCIAL GROUP LLLP | | BALA CYNWYD | PA | NO LOSS |
| 111 | SUSQUEHANNA INVESTMENT GROUP | | BALA CYNWYD | PA | NO LOSS |
| 112 | SUSQUEHANNA SECURITIES | | BALA CYNWYD | PA | NO LOSS |
| 113 | ROMAN CATHOLIC ARCHDIOCESE- BOSTON | C/O STATE STREET CORP.   ATTN: DAVE CUMMINGS | NORTH QUINCY | MA | NO LOSS |

IBIS Technology Securities Litigation
Rejected Claims, Reason for Rejection

EXHIBIT D

| CLAIM NO. | NAME | | | CITY | STATE | REASON FOR REJECTION |
|---|---|---|---|---|---|---|
| 116 | CREDIT SUISSE SECURITIES USA LLC | ALAN R. REIFENBERG | 1014301921 | NEW YORK | NY | NO LOSS |
| 117 | NEEDHAM & CO | | 1372026698 | NEW YORK | NY | NO LOSS |
| 118 | MORGAN STANLEY | | 1372195493 | NEW YORK | NY | NO LOSS |
| 119 | GOLDMAN SACHS & CO | | 1372195691 | NEW YORK | NY | NO LOSS |
| 120 | GOLDMAN SACHS & CO | | 1372195790 | NEW YORK | NY | NO LOSS |
| 121 | GOLDMAN SACHS & CO | | 1372206894 | NEW YORK | NY | NO LOSS |
| 122 | TCS GLOBAL HOLDINGSL P | | 1372304996 | NEW YORK | NY | NO LOSS |
| 123 | GOLDMAN SACHS & CO | | 1372390995 | NEW YORK | NY | NO LOSS |
| 124 | GOLDMAN SACHS & CO | | 1372424794 | NEW YORK | NY | NO LOSS |
| 125 | BANC OF AMERICA SEC LLC PB SVC | | 1372503399 | NEW YORK | NY | NO LOSS |
| 126 | GOLDMAN SACHS & CO | | 1372553097 | NEW YORK | NY | NO LOSS |
| 127 | MORGAN STANELY & CO INC | | 1372631992 | NEW YORK | NY | NO LOSS |
| 128 | UNISYS MINI CAP | | 1373043593 | NEW YORK | NY | NO LOSS |
| 131 | MARY ELLEN DIMATTEO | | 1373043692 | NEW YORK | NY | NO LOSS |
| 132 | DONNA OWEN DIMATTEO | | 1373043791 | NEW YORK | NY | NO LOSS |
| 133 | DOMINICK DIMATTEO JR IRREV TR | | 1373043890 | NEW YORK | NY | NO LOSS |
| 134 | MARGARET BEDFORD DIMATTEO | | 1373043999 | NEW YORK | NY | NO LOSS |
| 135 | KATHERINE CRANE DIMATTEO | | 1373802295 | NEW YORK | NY | NO LOSS |
| 136 | ELECTRICAL WORKERS LOC #58 | | 1374383790 | NEW YORK | NY | NO LOSS |
| 137 | SCHWARTZ CHARITABLE REMAINDER | | 1374897591 | NEW YORK | NY | NO LOSS |
| 138 | WISCONSIN ALUM RES FDN | | 1374961496 | NEW YORK | NY | NO LOSS |
| 139 | ELEC WRKS LOCAL 58 IBEW | | 1375217492 | NEW YORK | NY | NO LOSS |
| 140 | MURDOCK C T MINI CAP | | 1375235791 | NEW YORK | NY | NO LOSS |
| 141 | STATE OF OREGON EQUITY FUND | | 1375846092 | NEW YORK | NY | NO LOSS |
| 142 | SR MINI CAP FUND LP | | 1377192719 | NEW YORK | NY | NO LOSS |
| 143 | NICHOLAS APPLEGATE MINI CAP FD | | 19-9213 | MILWAUKEE | WI | NO LOSS |
| 144 | JAMES M FLORY & | | 39-2037872 | | | |
| 159 | MARKETOCRACY MASTERS 100 FUND | | 177240-11PE | NORTH QUINCY | MA | NO LOSS |
| 165 | STATE STREET BANK & TRUST COMPANY | STICHTING SHELL NUMERIC A/C | 05DL | NORTH QUINCY | MA | NO LOSS |
| 166 | STATE STREET BANK & TRUST COMPANY | QWEST COMMUNICATIONS | 11PE | NORTH QUINCY | MA | NO LOSS |
| 167 | STATE STREET BANK & TRUST COMPANY | STICHTING SHELL PENSIOENFONDS | KS1L | NORTH QUINCY | MA | NO LOSS |
| 169 | STATE STREET BANK & TRUST COMPANY | ROMAN CATHOLIC ARCHDIOCESE | MP2G | NORTH QUINCY | MA | NO LOSS |
| 170 | STATE STREET BANK & TRUST COMPANY | PERS OF MISSISSIPPI | SJ33 | NORTH QUINCY | MA | NO LOSS |
| 172 | STATE STREET BANK & TRUST COMPANY | CALIFORNIA PUBLIC EMP. RET. SYSTEM | | | | |
| 176 | | UNION PACIFIC-STERLING JONSTO | | CHICAGO | IL | NO LOSS |
| 177 | 22-08216 | OVERNITE - STERLING JOHNSTON | | CHICAGO | IL | NO LOSS |
| 178 | 22-08217 | ILLINOIS TEACHERS RETIREMEN | | CHICAGO | IL | NO LOSS |
| 186 | 22-10807 | NEWPORT NET PERF - STERLING | | CHICAGO | IL | NO LOSS |
| 188 | 26-09632 | NEIL-FIDELITY SMALL CAP EQ | | CHICAGO | IL | NO LOSS |
| 189 | 26-23340 | HFSF GRANTS MANAGEMENT, INC. | | CHICAGO | IL | NO LOSS |
| 192 | 26-24847 | NTGI-QM COLLECTIVE DAILY ST | | CHICAGO | IL | NO LOSS |
| 193 | 26-46508 | NTGI-QM COLLECTIVE DAILY SMALL | | CHICAGO | IL | NO LOSS |
| 195 | 26-46509 | NTGI COLLECTIVE MONTHLY SMALL | | CHICAGO | IL | NO LOSS |
| 196 | 26-48763 | NTGI COLLECTIVE MONTHLY US M | | CHICAGO | IL | NO LOSS |
| 197 | 26-49021 | BSCA DFA SMALL CAP - C | | CHICAGO | IL | NO LOSS |
| 198 | 26-55522 UBS SECURITIES LLC | MICHAEL MARCIANO | | JERSEY CITY | NJ | NO LOSS |
| 199 | D. E. SHAW INVESTMENTS, L.P. | | 101-46822 | NEW YORK | NY | NO LOSS |

EXHIBIT D

IBIS Technology Securities Litigation
Rejected Claims, Reason for Rejection

| CLAIM NO. | NAME | | CITY | STATE | REASON FOR REJECTION |
|---|---|---|---|---|---|
| 200 | D. E. SHAW VALENCE, L.L.C. | D. E. SHAW VALENCE, L.L.C. | NEW YORK | NY | NO LOSS |
| 201 | AGS SPECIALISTS LLC/STREICHER | AGS SPECIALISTS LLC/STREICHER JT | CHICAGO | IL | NO LOSS |
| 202 | AMERICAN CENTURY INVESTMENTS | TECHNOLOGY FUND 30960000 | KANSAS CITY | MO | NO LOSS |
| 203 | UBS O'CONNOR | O'CONNOR GLOBAL CONVERTIBLE ARBITRAGE MASTER LIMIT | CHICAGO | IL | NO LOSS |
| 204 | UBS O'CONNOR | O'CONNOR PIPES CORPORATE STRATEGIES LIMITED | CHICAGO | IL | NO LOSS |
| 205 | STATE STREET GLOBAL ADVISORS | CMJ4 | BOSTON | MA | NO LOSS |
| 206 | STATE STREET GLOBAL ADVISORS | CMV9 | BOSTON | MA | NO LOSS |
| 214 | JPMORGAN CHASE | | NEW YORK | NY | NO LOSS |
| 216 | THE CORNER DRUGSTORE | IBM: STERLING JOHNSTON CAPITAL MANA GEMENT PS7151 | CALGARY T2G-OM1 | AB | NO LOSS |
| 217 | WILLIAM O. FITZPATRICK | C/O ABDUL KANJI | BIRMINGHAM | AL | NO LOSS |
| 218 | SHIRLEY BUTLER | | TERREBONNE | OR | NO LOSS |
| 230 | ROGER O RUEDIGER | | HARTFORD | WI | NO LOSS |
| 231 | W C TITUS | | SEMINOLE | FL | NO LOSS |
| 232 | BURTON COHEN | | SCOTCH PLAINS | NJ | NO LOSS |
| 233 | ELAINCE L. ROY | | SYLVANIA | OH | NO LOSS |

**EXHIBIT E**

<u>Valley Forge Administrative Services, Inc.</u>

ONE ALDWYN CENTER • P.O. BOX 220
VILLANOVA, PENNSYLVANIA 19085-0220
TOLL FREE 877/965-3300
PHONE 610/520-0866
FAX 610/520-0854

February 5, 2008

Robert Frutkin, Esq.
Law Offices of Bernard M. Gross, P.C.
Suite 450, Wanamaker Building
Philadelphia, PA  19107

---

INVOICE

---

For services rendered –Ibis Technology Securities Litigation Settlement:

      232 claims processed, comprised of 123 approved claims and 109 rejected claims, issuance of checks, and composition and insertion of explanatory cover letter. Printing of lists of approved claimants with percentage allocation, printing final lists of claimants showing amounts of distribution. Consultation with attorneys; composition of notices; check and account reconciliation. Mailing Notice and Proof of Claim forms. Reviewing Proof of Claim forms submitted. Attempting to cure or correct incomplete or erroneous Proof of Claim forms through correspondence with the claimant. Processing acceptable forms for payment/distribution. Responding to claimant inquiries. Notifying claimants (if applicable) of rejections of all or part of their claim. Correspondence with PNC Bank and other banking matters. Distribution to claimants. Record keeping in connection with the above, including alphabetized listing of all approved claimants and other pertinent information. Reporting as needed and directed to tax and court authorities. Preparing affidavits. Preparing and proofreading Summary Notice for publication. Time associated with contacting over 5,980 of the largest banks, brokerage companies, mutual funds, insurance companies, pension funds, and money managers which may have traded IBIS common stock in their own or their clients' portfolios, as appropriate. Correspondence with printer and proofreading of notice and claim form prior to final printing.

---

email: vfas@vfas.net       http://www.vfas.net

**EXHIBIT E**

IBIS Invoice / February 5, 2008 / Page 2

| | | |
|---|---:|---:|
| Communicating with nominees, preparing notice form for printing, setting up computer model and/or systems for calculating claims, as well as other standard administrative procedures. | | $15,000.00 |
| | Total Fees | $15,000.00 |
| Reimbursement of out-of-pocket expenses: | | |
| Postage for mailing of Notice and Proof of Claim forms | | $1,204.35 |
| Printing, typesetting, binding, etc. of Notice and Proof of Claim Forms, mailing to those on the transfer agent's list of names | | $14,480.98 |
| Publication of the Summary Notice in the <u>Wall Street Journal</u> | | $17,711.75 |
| Payments due to brokerage firms in connection with supplying mailing labels and/or forms | | $2,650.02 |
| Postage for mailings (not including those direct-mailed by Smith-Edwards-Dunlap) for Request for Information letters, Rejection notices, checks, etc. | | $123.41 |
| Federal Express | | $73.60 |
| Tax preparation, tax advice, filing of 2007 and 2008 federal and state tax returns. | | $4,000.00 |
| | **TOTAL** | **$55,244.11** |

Thank you.